1 | Firm e-mail address:   walkerassistant@aol.com
William G. Walker, Esq.
2 | WILLIAM G. WALKER, P.C.
177 N. Church Avenue, Suite 700
3 | Tucson, AZ 85701
Telephone:  (520) 622-3330
4 | PCCN:   60292
SBN:       005361
5 | wgwpc@aol.com

6 | **Attorney for** Plaintiffs Ronald and Jinjer Cooke

7 | THOMAS C. HORNE
The Attorney General
8 | Firm No. 14000
Sandra R. Kane, No. 007423
9 | Assistant Attorney General
Civil Rights Division
10 | 1275 W. Washington Street
Phoenix, AZ 85007
11 | Telephone: (602) 542-8862
CivilRights@azag.gov
12 |
**Attorneys for Plaintiff-Intervenor State of Arizona**
13 |
14 |               IN THE UNITED STATES DISTRICT COURT
15 |                    FOR THE DISTRICT OF ARIZONA

16 | RONALD COOKE AND JINJER COOKE,  )
husband and wife,                                              )
17 |                                                                              )
    Plaintiffs,                                                        )   No: 3:10-CV-08105-JAT
18 |                                                                              )
THE STATE OF ARIZONA *ex rel*.                 )
19 | TERRY GODDARD, the Attorney General;   )
and THE CIVIL RIGHTS DIVISION OF          )
20 | THE ARIZONA DEPARTMENT OF LAW,   )
                                                                                 )
21 |                                                                              )   **FIRST AMENDED**
    Plaintiff-Intervenor,                                     )   **NOTICE OF TAKING**
22 |                                                                              )   **DEPOSITIONS**
vs.                                                                          )
23 |                                                                              )
TOWN OF COLORADO CITY, ARIZONA; )
24 | CITY OF HILDALE, UTAH; HILDALE-          )
COLORADO CITY UTILITIES (Hildale-       )
25 | Colorado City Power, Water, Sewer and       )
Gas Department); TWIN CITY WATER        )
26 | AUTHORITY, INC., a Utah non-profit           )
corporation; TWIN CITY POWER; et al,        )
27 |                                                                              )
    Defendants.                                                   )
28 |                                                                              )

1    PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30, Federal Rules of Civil
2 Procedure, Plaintiffs will take the following depositions of the persons whose names are
3 stated below at the time and place indicated below.  Said depositions will be taken before an
4 officer duly authorized to administer oaths.

5    **MONDAY, AUGUST 22, 2011:**
6    9:00 A.M.    Jerry Barlow

8    **TUESDAY, AUGUST 23, 2011**
9    9:00 A.M.    David Darger

11   **WEDNESDAY, AUGUST 24, 2011**
12   9:00 A.M.    Freeman Barlow
13   1:30 P.M.    Jonathan Fischer
14   4:00 P.M.    Laverne
15   **THURSDAY, AUGUST 25, 2011**
16   9:00 A.M.    Helaman Barlow
17   NOON         Sam Johnson
18   3:00 P.M.    Tyler Barlow
19   **FRIDAY, AUGUST 26, 2011**
20   9:00 A.M.    Victor Jessop
21   1:00 P.M.    Jake Barlow

23   Said depositions will be held at the Boardroom of La Quinta Inn Suites, 91 East 2680
24 South, St. George, Utah.

2

DATED this 5th day of July, 2011.

WILLIAM G. WALKER P.C.

s/William G. Walker
William G. Walker
Attorney for Plaintiffs Ronald and Jinjer Cooke

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2011, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Jeffrey C. Matura, Esq.
1850 N. Central Avenue, Suite 500
Phoenix, AZ 85004
Attorneys for Town of Colorado City
Jmatura@gbmlaw.com

R. Blake Hamilton, Esq.
215 S. State Street, Suite 750
P. O. Box 810
Salt Lake City, UT 84110
Attorneys for Hildale-Colorado City Utilities (Hildale-Colorado City Power, Sewer and Gas Department and Twin With Water Authority); Twin City Power; City of Hildale
bhamilton@stirba.com

Sandra R. Kane, Assistant Attorney General
Civil Rights Division
1275 W. Washington Street
Phoenix, AZ 85007
Attorney for Plaintiff-Intervenor State of Arizona
sandra.kane@azag.gov

s/ Sharon L. Barnette, CLA

3