1  **Firm e-mail address:   walkerassistant@aol.com**
   **William G. Walker, Esq.**
2  **WILLIAM G. WALKER, P.C.**
   **177 N. Church Avenue, Suite 700**
3  **Tucson, AZ 85701**
   **Telephone:  (520) 622-3330**
4  **PCCN:   60292**
   **SBN:      005361**
5  **wgwpc@aol.com**

6  **Attorney for** Plaintiffs Ronald and Jinjer Cooke

7

8              **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE DISTRICT OF ARIZONA**

10 **RONALD COOKE AND JINJER COOKE,** )
   **husband and wife,**                          )
11                                                        )
          **Plaintiffs,**                            )      No: 3:10-CV-08105-JAT
12                                                        )
   **THE STATE OF ARIZONA** *ex rel*.        )
13 **THOMAS C. HORNE, the Attorney General;** )
   **and THE CIVIL RIGHTS DIVISION OF**   )
14 **THE ARIZONA DEPARTMENT OF LAW,**  )      **STIPULATION TO AMEND**
                                                           )      **SCHEDULING ORDER TO**
15                                                        )      **EXTEND TIME FOR ALL**
          **Plaintiff-Intervenor,**                )      **PARTIES TO RESPOND TO**
16                                                        )      **DISPOSITIVE MOTIONS**
   **vs.**                                             )
17                                                        )
   **TOWN OF COLORADO CITY, ARIZONA;** )      **(First Request)**
18 **CITY OF HILDALE, UTAH; HILDALE-**  )
   **COLORADO CITY UTILITIES (Hildale-**  )
19 **Colorado City Power, Water, Sewer and** )
   **Gas Department); TWIN CITY WATER** )
20 **AUTHORITY, INC., a Utah non-profit**  )
   **corporation; TWIN CITY POWER; et al,** )
21                                                        )
          **Defendants.**                            )
22 _____ )

23        The parties, Plaintiffs Ronald and Jinjer Cooke, Plaintiff-Intervenor State of Arizona,

24 and Defendants Town of Colorado City, Arizona; City of Hildale, Utah; Hildale-Colorado

25 City Utilities; Twin City Water Authority; and Twin City Power, hereby stipulate and agree

26 to request the court to amend the Scheduling Order dated November 29, 2010 (Doc. 34) to

27 allow all parties to have an additional ten (10) days to respond to dispositive motions.  This

28 Stipulation is made pursuant to Rule 16, Federal Rules of Civil Procedure and Rule 7.3,

1    Local Rules of Civil Procedure.

2        Presently, the parties' responses to dispositive motions are due on July 18, 2012.   The

3    parties are attempting to coordinate and streamline responses for the pending motions, and

4    due to the complexity of the issues and various vacation schedules of counsel, all parties need

5    additional time for responding to the pending dispositive motions.

6        The parties request that the Court enter an Order amending the Scheduling Order to

7    extend the time for responding to dispositive motions up to and including July 27, 2012.

8        Pursuant to Rule 7.3(a), the parties lodge separately their proposed form of Order

9    which complies with the requirements of Rule 7.1(b)(3), Local Rules of Civil Procedure.

10       DATED this 13th day of July, 2012.

11

12   THOMAS C. HORNE                          WILLIAM G. WALKER P.C.
     ATTORNEY GENERAL                         177 N. Church Avenue
13   1275 W. Washington                       Suite 700
     Phoenix, AZ 85007                        Tucson, AZ 85701
14
     William A. Richards, Esq.
15   BADE BASKIN & RICHARDS
     80 East Rio Salada Parkway, No. 511      /s/William G. Walker
16   Tempe, AZ 85281                          William G. Walker
                                               Attorney for Plaintiffs Ronald and Jinjer
17                                             Cooke
     By /s/ Sandra R. Kane (w/permission)
18      Sandra R. Kane
        Attorneys for Plaintiff -Intervenor
19

20   GRAIF BARRETT & MATURA, P.C.            STIRBA & ASSOCIATES
     1850 N. Central Avenue, Suite 500       P. O. Box 810
21   Phoenix, AZ 85004                       Salt Lake City, UT 84110

22

23   By /s/ Jeffrey C. Matura (w/permission)   By /s/R. Blake Hamilton (w/permission)
        Jeffrey C. Matura                         R. Blake Hamilton
24      Attorneys for Defendant                   Attorneys for Hildale-Colorado City
        Town of Colorado City                     Utilities (Hildale-Colorado City Power,
25                                                Sewer and Gas Department and Twin
                                                  City Water Authority); Twin City Power;
26                                                City of Hildale

27

28                                        2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2012, I electronically transmitted the foregoing

document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice

of Electronic filing to the following CM/ECF registrants:

Jeffrey C. Matura, Esq.
1850 N. Central Avenue, Suite 500
Phoenix, AZ 85004
Attorneys for Town of Colorado City
Jmatura@gbmlaw.com

R. Blake Hamilton, Esq.
215 S. State Street, Suite 750
P. O. Box 810
Salt Lake City, UT 84110
Attorneys for Hildale-Colorado City Utilities (Hildale-Colorado City
    Power, Sewer and Gas Department and Twin City Water Authority);
        Twin City Power; City of Hildale
bhamilton@stirba.com

Sandra R. Kane, Assistant Attorney General
Civil Rights Division
1275 W. Washington Street
Phoenix, AZ 85007
Attorney for Plaintiff-Intervenor State of Arizona
sandra.kane@azag.gov

s/ Sharon L. Barnette
Sharon L. Barnette, CLA

3