# EXHIBIT D

1  William G. Walker, Esq.
   WILLIAM G. WALKER, P.C.
2  177 N. Church Avenue, Suite 700
   Tucson, AZ 85701
3  Telephone:  (520) 622-3330
   PCCN:  60292
4  SBN:    005361
   wgwpc@aol.com
5
   Attorney for Plaintiffs Ronald and Jinjer Cooke
6
7  TERRY GODDARD
   The Attorney General
8  Firm No. 14000
   Sandra R. Kane, No. 007423
9  Assistant Attorney General
   Civil Rights Division
10 1275 W. Washington Street
   Phoenix, AZ 85007
11 Telephone: (602) 542-8862
   CivilRights@azag.gov
12
   Attorneys for Plaintiff-Intervenor State of Arizona
13

14            IN THE UNITED STATES DISTRICT COURT

15              FOR THE DISTRICT OF ARIZONA

16 RONALD COOKE AND JINJER COOKE,      )
   husband and wife,                   )
17                                      )
           Plaintiffs,                  )      No: 3:10-CV-08105-PCT-JAT
18                                      )
   THE STATE OF ARIZONA *ex rel*.       )
19 TERRY GODDARD, the Attorney General; )
   and THE CIVIL RIGHTS DIVISION OF    )
20 THE ARIZONA DEPARTMENT OF LAW,      )
                                        )
21                                      )
           Plaintiff-Intervenor,        )
22                                      )      PLAINTIFFS' RESPONSES
   vs.                                  )      TO DEFENDANT TOWN OF
23                                      )      COLORADO CITY'S
   TOWN OF COLORADO CITY, ARIZONA;     )      FIRST SET OF REQUESTS FOR
24 CITY OF HILDALE, UTAH; HILDALE-     )      PRODUCTION
   COLORADO CITY UTILITIES (Hildale-   )
25 Colorado City Power, Water, Sewer and)
   Gas Department); TWIN CITY WATER    )
26 AUTHORITY, INC., a Utah non-profit  )
   corporation; TWIN CITY POWER; et al,)
27                                      )
           Defendants.                  )
28 _____)

1  **RESPONSE:**

2  **See response to No. 1 above.**

3      5.     Provide copies of any and all documents, including but not limited to, medical

4  records, letters from doctors and/or any other entity, including the Veterans' Administrations,

5  Social Security Administration, and/or any other government entity from which Plaintff has

6  sought and/or received any governmental benefits, substantiating the allegation that Plaintiff

7  Ronald Cooke is disabled.

8      **RESPONSE:**

9      **Records of Dr. Alcott and Klebe, produced in attached CD.  Dr. Alcott's records**

10 **are designated "WGW-ALCOTT-1 to 60 and Dr. Klebe's records are designated**

11 **"WGW-KLEBE-1 to 158."**

12     **Letter from Renee Manda, Reliable Staffing Solutions, "To Whom It May**

13 **Concern" December 5, 2008, attached hereto.**

14     6.     Provide any and all documentation, including but not limited to, medical

15 records and/or bills that support the allegation in ¶ 80 of the Joint Amended Complaint that,

16 while living at the Subject Property, Ronald Cooke developed a "foot infection" that required

17 surgery.

18     **RESPONSE:**

19     **See doctors' records produced in response to No. 5 above.**

20     7.     Provide a signed authorization for the release of medical records for each

21 medical practitioner who has examined or treated Ronald Cooke since 2001 and for SCF of

22 Arizona.

23     **RESPONSE:**

24     **Releases previously provided.**

25

26     8.     Provide a signed authorization for the release of records from the Social

27 Security Administration.

28                                 3

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, FNPC
Christina M. Kwasnica, MD
Matthias Linke, DO

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

NAME: Cooke, Ronald
DATE OF VISIT: 9/22/2010
DATE OF BIRTH: 2/26/1976

**REASON FOR CLINIC VISIT:** Traumatic brain injury follow-up.

**HISTORY OF PRESENT ILLNESS:** Mr. Cooke is here with his wife and his case manager from Workmen's Compensation. He has been having left lower extremity weakness and has plans for surgery, with Dr. Francis, planned for 9/29. He is here to review his medications today and to discuss possible rehabilitation following his back surgery.

**ALLERGIES: Watermelon; cantaloupe.**

**MEDICATIONS:** Provigil 100 mg p.o. b.i.d.; Prevacid 15 mg q. day; ibuprofen 600 mg b.i.d.; Oxybutynin XR q. day; Fioricet p.r.n.; hydrocodone p.r.n.; Androgel 5 percent.

**PAST MEDICAL HISTORY:** Reviewed in the chart, unchanged.

**FUNCTIONAL HISTORY:** His ambulation has become worse lately and thought to be related to the L5-S1 stenosis and there are plans for surgery coming up, as mentioned. He has been having increased weakness through the left lower extremity. He has been using his power scooter more often now that his ambulation has declined, due to the left lower extremity weakness. He needs intermittent assistance with his ADLs.

**SOCIAL HISTORY:** He is married. He still has challenges with his utilities up in the northern Arizona area. His wife is very supportive and helps him at home.

**REVIEW OF SYSTEMS:** No visual changes reported. No new chest pain or shortness of breath. No new problems with bowel or bladder. He does have ongoing problems with bowel and bladder continence. No depression. No anxiety. No injuries reported, but he has had history of falls and problems with balance, and worsening left lower extremity weakness, as mentioned.

**PHYSICAL EXAMINATION:**

**VITAL SIGNS:** Blood pressure: 112/76     Pulse: 80     Respiration: 18

**GENERAL EXAMINATION:** He is very pleasant. He is alert and in no acute distress. Motor is 5/5 on the right and grossly at least 4/5 on the left. His speech is fluent and

WGW-ALCOTT-1

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, FNPC
Christina M. Kwasnica, MD
Matthias Linke, DO

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME: Cooke, Ronald**
**DATE OF VISIT: 9/22/2010**
**DATE OF BIRTH: 2/26/1976**

intelligible. He transfers independently, but is not ambulating due to the left lower extremity weakness. He utilizes his power scooter independently.

**IMPRESSION:**

1. TBI.
2. Spinal cord contusion.
3. Lumbar stenosis with L5-S1 stenosis and surgery planned.
4. Neurogenic bladder.
5. Neurogenic erectile dysfunction.
6. Visual disturbance.
7. Gait disturbance, worsened.
8. Chronic toe wound.
9. Left hemiparesis.
10. Left foot drop.

**PLAN:**

1. Continue on current medications.
2. Plans are for surgery to the L5-S1 area.
3. Re-evaluate his need for therapies following surgery. Potentially, he will be a candidate for acute inpatient rehabilitation vs. home health and outpatient therapies.
4. Anticipate he will need to have his left AFO re-evaluated following the surgery.

Sally B. Alcott, MD
SBA/gd/rc

*This document (sr-05425145) was approved by Sally Alcott on 10/14/2010 1:38:18 PM.*

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, FNPC
Christina M. Kwasnica, MD
Matthias Linke, DO

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME:** Cooke, Ronald
**DATE OF VISIT:** 05/25/2010
**DATE OF BIRTH:** 02/26/1976

## REASON FOR CLINIC VISIT:

**HISTORY OF PRESENT ILLNESS:** He reports no new problems. He has occasional headaches, but reports good relief with ibuprofen and occasional Fioricet. He recently had surgery to his right foot for non-healing wound and was advised not to take NSAIDS.

**ALLERGIES:** Watermelon and cantaloupe.

**MEDICATIONS:** Provigil 100 mg p.o. b.i.d., ibuprofen 600 mg p.o. b.i.d., oxybutynin daily, Fioricet 2 times a week as needed, Androgel, Cialis as needed, Prevacid

**PAST MEDICAL HISTORY:** Reviewed and in the chart, unchanged.

**FUNCTIONAL HISTORY:** He is ambulating independently with a left AFO, right cast shoe and cane for household distances and short community distances. He still needs intermittent assistance with ADLs.

**SOCIAL HISTORY:** He is married. He does not have electricity but still no running water and continues to pursue that with an attorney.

**REVIEW OF SYSTEMS:** He has diplopia which is chronic and occasional blurred vision. He denies fever. He denies changes in his weight. He has problems with his memory. He has numbness and weakness on the left side which is chronic. He has musculoskeletal pain in the joints and muscles which is fairly well controlled with ibuprofen. He has urinary urgency and occasional incontinence and the oxybutynin does help that problem. He has problems with balance and has a falls but no recent injuries reported. He does have headaches as mentioned above.

## PHYSICAL EXAMINATION:

**VITAL SIGNS:** Blood pressure: 122/74.   Pulse: 76.   Respiratory rate: 20.

**GENERAL EXAMINATION:** He is very pleasant. He is alert, oriented, and in no acute distress. His affect is slightly flat. Gaze is disconjugate. Motor is 5/5 on the right, at least 4+/5 in the left upper extremity, 4/5 left lower extremity with the exception of the ankle which is less than antigravity strength. His speech is fluent and intelligible.

WGW-ALCOTT-3

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, FNPC
Christina M. Kwasnica, MD
Matthias Linke, DO

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

NAME:  Cooke, Ronald
DATE OF VISIT:  05/25/2010
DATE OF BIRTH:  02/26/1976

**IMPRESSION:**

1. TBI and spinal cord contusion due to work-related trauma 12/02/05
2. Cognitive deficits
3. Neurogenic bladder
4. Neurogenic erectile dysfunction
5. Headaches, stable
6. Visual disturbance, stable
7. Gait disturbance, stable
8. Chronic non-healing toe wound and recently advised after surgery not to be taking excessive NSAIDs
9. Left foot drop
10. Left hemiparesis

**PLAN:**

1. Vicodin was prescribed for pain today since he has been advised postoperatively not to take much NSAIDs.
2. Continue to try to stay active possibly doing a seated bicycle to avoid exacerbating his toe problems.

WGW-ALCOTT-4

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, FNPC
Christina M. Kwasnica, MD
Matthias Linke, DO

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

NAME:  Cooke, Ronald
DATE OF VISIT:  05/25/2010
DATE OF BIRTH: 02/26/1976

3.  Hanger consult to evaluate left AFO.
4.  Follow up in 6 months, earlier if needed.

Sally B. Alcott, MD
SBA/ct/rc

Cc:     Workmen's Compensation Carrier

*This document (sr-05087008) was approved (with revisions) by Sally Alcott on 6/8/2010 4:08:41 PM.*

WGW-ALCOTT-5

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, FNPC
Christina M. Kwasnica, MD
Matthias Linke, DO

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME:** Cooke, Ronald
**DATE OF VISIT:** 10/06/2009
**DATE OF BIRTH:** 02/26/1976

**REASON FOR CLINIC VISIT:** Followup regarding work-related traumatic injuries including TBI and spinal cord contusion.

**HISTORY OF PRESENT ILLNESS:** Mr. Cooke has no new problems to report. He has continued weakness on the left side and wears a left AFO. He has continued problems with urinary incontinence and sees Dr. Sharma, a urologist, for a regular followup. He has persistent problems with neurogenic erectile dysfunction and did notice that the Cialis did help. He has no family history of heart disease or any personal medical history of heart disease or stroke. He is tolerating all his current medications. He has no dyspepsia from the ibuprofen. No blood in the stool. No changes or problems with his mood or insomnia.

**ALLERGIES:** Watermelon and cantaloupe. No known medication allergies.

**MEDICATIONS:** Provigil 100 mg p.o. b.i.d., Prevacid 15 mg a day, ibuprofen 600 mg p.o. b.i.d., Fiorcet as needed, Flexeril as needed, oxybutynin XR one a day, penicillin and cephalexin which he is taking for a right foot infection.

**PAST MEDICAL HISTORY:** Reviewed and in the chart, unchanged.

**FUNCTIONAL HISTORY:** He ambulates independently with his AFO and cane for household distances. He needs a wheelchair for more prolonged distances. He is modified independent for simple ADLs but needs intermittent assistance from his wife. He currently has no electricity or running water and relies on a pump to get electricity. His wife must help him with cleaning up after incontinent episodes and cleaning his clothing and bedding when he is incontinent.

**SOCIAL HISTORY:** No new changes to report. He continues to live with no electricity or running water for his home and this continues to be a burden to him and his family due to his permanent disabilities.

**REVIEW OF SYSTEMS:** He does have sleep apnea and his CPAP machine does not work well with their current electricity arrangements. He has occasional headaches but not daily. He has muscle spasms and pain but nothing new. He has not had any new falls or injuries. He denies any dizziness. He does have problems with his memory and episodes of lightheadedness. He does have diplopia and blurred vision but they are stable with no new problems with his vision. He has balance problems, but again, nothing new.

WGW-ALCOTT-6

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, FNPC
Christina M. Kwasnica, MD
Matthias Linke, DO

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME:** Cooke, Ronald
**DATE OF VISIT:** 10/06/2009
**DATE OF BIRTH:** 02/26/1976

He has problems with incontinence of urine and neurogenic erectile dysfunction. No fevers or weight loss.

## PHYSICAL EXAMINATION:

**VITAL SIGNS:** Blood pressure: 120/72.   Pulse: 64.   Respiratory rate: 16.

**GENERAL EXAMINATION:**   He is very pleasant.  He is alert and oriented.  He answers questions without difficulty.  He follows commands without difficulty.  Motor is 5/5 on the right, 4 to 5-/5 on the left upper extremity, 4/5 in the left lower extremity with the exception of the ankle which has an AFO, and less than antigravity strength.  He ambulates with a slow cadence with his AFO and cane.  No ataxia noted.

## IMPRESSION:

1. Traumatic brain injury and spinal cord contusion due to work-related trauma on 12/2/05
2. Cognitive deficits
3. Neurogenic bladder
4. Neurogenic erectile dysfunction
5. Headaches, stable
6. Visual disturbance, stable
7. Gait disturbance

## PLAN:

1. Continue with his current medications.
2. Will continue to advocate for electricity and running water since his deficits and disabilities are permanent and it is a burden on himself and his family not have those facilities available to him.

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, FNPC
Christina M. Kwasnica, MD
Matthias Linke, DO

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME:** Cooke, Ronald
**DATE OF VISIT:** 10/06/2009
**DATE OF BIRTH:** 02/26/1976

3. He will follow up with his urologist to further delineate the erectile dysfunction and help establish this relationship with his work-related injury so that the Cialis can be covered by insurance. It is my opinion is neurogenic erectile dysfunction is related to his work-related injuries of traumatic brain injury and spinal cord contusion.
4. Follow up in six months, earlier if needed.

---

Sally B. Alcott, MD
SBA/ct/rc

Cc:   Workman's Compensation Carrier

*This document (sr-04448955) was approved by Sally Alcott on 10/23/2009 4:06:06 PM.*

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, FNPC
Christina M. Kwasnica, MD
Matthias Linke, DO

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

NAME: Cooke, Ronald
DATE OF VISIT: 07/01/2009
DATE OF BIRTH: 02/26/1976

**REASON FOR CLINIC VISIT:** Followup regarding traumatic brain injury.

**HISTORY OF PRESENT ILLNESS:** Mr. Cooke is seen in followup today accompanied by his wife. He has not had any new medical problems since his last visit. His pain is well controlled. He continues to have urinary urgency and incontinence and erectile dysfunction. He has not had any seizures. He has not had any falls or injuries. His headaches are well controlled and they are not happening daily.

**ALLERGIES:** Watermelon and cantaloupe.

**MEDICATIONS:** Ibuprofen 600 mg b.i.d., Prevacid 50 mg a day, Oxybutynin Extended Release 5 mg p.o. q day, Flexeril as needed, Fioricet as needed and not daily, Provigil 100 mg p.o. b.i.d.

**PAST MEDICAL HISTORY:** Reviewed and in the chart, unchanged.

**FUNCTIONAL HISTORY:** He is independent ambulating household distances with a left AFO and a straight cane. He does need a wheelchair for prolonged community distances. He is modified independent or simple ADLs but needs assistance from his wife for household management skills.

**SOCIAL HISTORY:** He is married with children. He lives in northern Arizona and has had no electricity or running water for his home and has been living in a temporary living arrangement due to the difficulties of getting utilities to his home. He has family in northern Arizona and moved there for an improved support system.

**REVIEW OF SYSTEMS:** He intermittently has had a red rash in his right groin where his condom catheter tubing attaches.

**PHYSICAL EXAMINATION:**

**VITAL SIGNS:** Blood pressure: 102/68. Pulse: 82. Respiratory rate: 22.

**GENERAL EXAMINATION:** He is very pleasant. He is alert and oriented. His affect is flat but he is pleasant and cooperative. He has disconjugate gaze. Speech is fluent and intelligible. Motor is 5/5 on the right, 5-/5 left upper, and 4/5 in the left lower

WGW-ALCOTT-9

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, FNPC
Christina M. Kwasnica, MD
Matthias Linke, DO

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

NAME: Cooke, Ronald
DATE OF VISIT: 07/01/2009
DATE OF BIRTH: 02/26/1976

extremity exempting the left ankle which is 0/5 and he wears an AFO. There was a faint erythematous rash in the right groin but appears that it is healed. There are no open areas.

IMPRESSION:

1. Traumatic brain injury
2. Cognitive deficits
3. Spinal cord contusion
4. Neurogenic bladder and erectile dysfunction
5. Headaches, improved
6. Visual disturbance, stable
7. Candida infection right groin

PLAN:

1. Samples of Cialis provided with instructions for use and discussion of potential side effects.
2. Mystatin powder for the groin rash.
3. Continue with his home exercise program.
4. Continue to keep equipment and AFO up to date with proper fit adjusting his equipment or his braces as appropriate for wear and tear.
5. Follow up in three to six months, earlier if needed.

Sally B. Alcott, MD
SBA/ct/rc

Cc:    Workmen's Compensation Carrier

*This document (sr-04173509) was approved (with revisions) by Sally Alcott on 8/5/2009 1:22:26 PM.*

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, NP
Christina M. Kwasnica, MD
Matthias Linke, DO
Kaye Byrd-Madison, NP

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

NAME:  Cooke, Ronald
DATE OF VISIT:  11/19/2008
DATE OF BIRTH:  02/26/1976

**REASON FOR CLINIC VISIT:**  Followup regarding traumatic brain injury.

**HISTORY OF PRESENT ILLNESS:**  Mr. Cooke is seen in followup and is accompanied by his wife. He has not had any new medical problems. He is out of his Androgel which he had taken for testicular hypofunction. In the past, he believed it was refilled by his urologist but he has not seen him for a while. He has no known urological issues. He has been weaned off his Keppra and has not had any recurrent seizures. He has not had any recent falls or injuries.

**ALLERGIES:**  Watermelon and cantaloupe.

**MEDICATIONS:**  Androgel topically q day, ibuprofen 600 mg up to twice a day, Prevacid 15 mg a day, Provigil 100 mg p.o. b.i.d., oxybutynin XL 5 mg a day, Flexeril as needed, Fioricet as needed.

**PAST MEDICAL HISTORY:**  Reviewed and on the chart, unchanged.

**FUNCTIONAL HISTORY:**  He ambulates with a left AFO independently and uses a straight cane. He is modified independent for most of his self care. For higher-level ADLs and household management skills, he needs his wife to assist him. He is still needing cues and his wife is his primary caregiver.

**SOCIAL HISTORY:**  He is totally disabled. His wife is his caregiver as mentioned. No new problems report.

**REVIEW OF SYSTEMS:**  No depression, no anxiety. He has not had any seizures. He has not had any falls. He does get dizziness and has double vision at times but he uses compensatory techniques while. He has incontinence but can be continent with toileting. He still does not have much warning of when he is going to urinate. He has not had any chest pain or shortness of breath. He continues to have edema in the left lower extremity. The left side is his weaker side and the side that he wears the AFO on. He does have compression stockings to help manage the edema. He is needing a Ducolax suppository to help manage his bowels.

**PHYSICAL EXAMINATION:**

**VITAL SIGNS:**  Blood pressure: 104/72. Pulse: 80. Respiratory rate: 18.

**GENERAL EXAMINATION:**  He is very pleasant. He is alert and oriented. He has a disconjugate gaze when looking to the right and still has some weakness of right eye abduction. His speech is fluent and

WGW-ALCOTT-11

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, NP
Christina M. Kwasnica, MD
Matthias Linke, DO
Kaye Byrd-Madison, NP

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

NAME:  Cooke, Ronald
DATE OF VISIT:  11/19/2008
DATE OF BIRTH:  02/26/1976

intelligible.  Motor is 5/5 on the right, 5-/5 in the left upper extremity and 4/5 in the left lower extremity with the exception of the left ankle which is 0/5.

**IMPRESSION:**

1.  TBI due to work related injury 12/2/05.
2.  Left hemiparesis.
3.  Gait disturbance.
4.  Bowel and bladder dysfunction.
5.  Chronic headaches, stable.
6.  Cognitive disorder, stable.
7.  Visual disturbance, stable.
8.  Cervical disc herniation.
9.  Testicular hypofunction due to brain injury.

**PLAN:**

1.  Renewed his Androgel in order to stabilize testosterone level. I have also asked him to follow up with his urologist as instructed by him.
2.  Continue with the compression stocking for the left lower extremity edema management.
3.  Continue with his home exercise program and staying as active as possible.
4.  Follow up in three to four months, earlier if needed.

_____

Sally B. Alcott, MD
SBA/ct/rc

Cc:   Workmen's Compensation Carrier

This document was electronically signed (With Revisions) by Sally Alcott on 12/5/2008 4:50:08

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, NP
Christina M. Kwasnica, MD
Matthias Linke, DO
Kaye Byrd-Madison, NP

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

NAME:  Cooke, Ronald
DATE OF VISIT:  11/19/2008
DATE OF BIRTH:  02/26/1976

PM

WGW-ALCOTT-13

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, NP
Christina M. Kwasnica, MD
Matthias Linke, DO
Kaye Byrd-Madison, NP

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

NAME:  Cooke, Ronald
DATE OF VISIT:  08/19/2008
DATE OF BIRTH:  02/26/1976

**REASON FOR CLINIC VISIT:**  Followup regarding traumatic brain injury.

**HISTORY OF PRESENT ILLNESS:**  Mr. Cooke is seen in followup accompanied by his wife.  His current problems to address today include his disability ratings and supportive care recommendations which we will review today.  Also, he has had some specialized shoes ordered and his AFO is being adjusted.  He has been seeing the podiatrist and his foot problems are much improved.  He reports that his mood is stable and has not had any recent falls or injuries, however he does occasionally have falls.  He has not had any seizures.  He continues to have problems with urinary incontinence and has a great deal of difficulty having a bowel movement at times.  The lower extremity edema has been stable and he has been using support stockings.

**ALLERGIES:**  Watermelon and cantaloupe.

**MEDICATIONS:**  Keppra 750 mg b.i.d., Provigil 100 mg b.i.d., ibuprofen 600 mg b.i.d., Prevacid 15 mg a day, oxybutynin Extended Release 5 mg a day, Fioricet as needed, Flexeril as needed.

**PAST MEDICAL HISTORY:**  Reviewed and on the chart, unchanged.

**FUNCTIONAL HISTORY:**  He ambulates with an AFO and a cane.  He is modified independent for his ADLs.  He is still needing assistance from his wife for higher level ADLs and for household management.  He needs assistance from her to help with bowel care and with bathing and dressing.  He is driving and he passed the behind-the-wheel driver's evaluation a while back.

**SOCIAL HISTORY:**  He is totally disabled from work.  His wife is his caregiver and is providing eight hours a day attendant care.  They report they have had some difficult times with their living situation with very small living space arrangements at this time and limited access to a washer and dryer for laundry needs as well as limited electricity and recent use of a generator.

**REVIEW OF SYSTEMS:**  No seizures.  No recent injuries from falls.  He does get headaches and reports no worsening of those.  He denies depression or anxiety.  He is incontinent of urine and very constipated with difficulty having a bowel movement at times and lack of awareness of need for bowel movement at times.  He continues to have sleep apnea and he uses a CPAP machine.  He has lower extremity edema and uses compression stockings.  He has diplopia at times but no recent change in his visual problems.  He has problems with memory and uses compensatory techniques when able but has attendant care from his wife and she assists him the cognitive problems as well.

WGW-ALCOTT-14

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, NP
Christina M. Kwasnica, MD
Matthias Linke, DO
Kaye Byrd-Madison, NP

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME:** Cooke, Ronald
**DATE OF VISIT:** 08/19/2008
**DATE OF BIRTH:** 02/26/1976

**PHYSICAL EXAMINATION:**

**VITAL SIGNS:** Blood pressure: 118/74. Pulse: 72. Respiratory rate: 18.

**GENERAL EXAMINATION:** He is very pleasant. He is alert. He answers questions appropriately and follows commands. He has a disconjugate gaze. He has weakness of his grip in his left upper extremity as well as 4+/5 strength in the left upper extremity, 4/5 strength in the left hip and knee with no active dorsiflexion at the left ankle. He has a double upright and AFO in the left lower extremity. He ambulates independently with a cane and the AFO.

**IMPRESSION:**

1. Traumatic brain injury and multiple related deficits due to work-related injury 12/2/05.
2. Left hemiparesis.
3. Gait disturbance.
4. Bowel and bladder dysfunction.
5. Chronic headaches.
6. Cognitive disorder.
7. Visual disturbance.
8. Cervical disc herniation.
9. Cranial nerve dysfunction and visual deficits.

**PLAN:**

1. Mr. Cooke and his wife and I discussed his transition to supportive care. We reviewed his current medications and medical needs. His needs are quite comprehensive at this point but after reviewing the list with he and his wife, it appears to reflect his current and potentially yearly needs. It is recommended that his supportive care be continued indefinitely greater than three years due to the complexity of his deficits and using the 6th Edition of the Guides to Evaluation of Permanent Impairment, a percentage is reported as 56% which rates his traumatic brain injury, his neurogenic bowel and bladder, and sexual dysfunction, disorder of station and gait, and his visual deficit is not included and will need to be obtained from the ophthalmologist and then combined with the 56%.

WGW-ALCOTT-15

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, NP
Christina M. Kwasnica, MD
Matthias Linke, DO
Kaye Byrd-Madison, NP

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

NAME:  Cooke, Ronald
DATE OF VISIT:  08/19/2008
DATE OF BIRTH:  02/26/1976

2. Follow up in three to four months, earlier if needed.

_____

Sally B. Alcott, MD
SBA/ct/rc

Cc:   Kitty Warren, Rehabilitation Counselor/Case Manager at SCF Arizona

This document was electronically signed (With Revisions) by Sally Alcott on 9/18/2008 6:02:00 PM

WGW-ALCOTT-16

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, NP
Christina M. Kwasnica, MD
Matthias Linke, DO
Kaye Byrd-Madison, NP

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

NAME: Cooke, Ronald
DATE OF VISIT: 05/06/2008
DATE OF BIRTH: 02/26/1976

**REASON FOR CLINIC VISIT:** Followup regarding traumatic brain injury.

**HISTORY OF PRESENT ILLNESS:** Mr. Cooke is seen in followup. He is accompanied by his case manager and by his wife. His chief complaints today include the left AFO. It has a broken components and is very bulky and difficult to put clothes on over. He needs a new prescription for shoes and is having some increased pressure over his right great toe area. His energy level is stable and he is taking Provigil without any problems. He continues to have cognitive problems and his wife is concerned about his temper and his frustration tolerance and reports that there has been definite behavioral changes since his traumatic brain injury. She does allow him some amount of unsupervised time but overall feels as though she needs to supervise him because of his judgment deficits and for safety. He has not had any seizures. He does report a fall in which he struck his forehead which occurred in February. He had also injured his left foot at the same time and has not had any x-rays or imaging studies. He did not develop any worsening headaches after that all are any changes in consciousness and the abrasion to the right forehead has healed. He initially had a great deal of swelling and pain in the left foot but for the most part that has subsided.

**ALLERGIES:** Watermelon and cantaloupe.

**MEDICATIONS:** Keppra 750 mg b.i.d., ibuprofen 600 mg two to three times per day, Provigil 100 mg b.i.d., Prevacid 15 mg p.o. q day, oxybutynin, Doxysosin Mosalate for bladder management, AndroGel once a day, Flexeril as needed and Fioricet as needed.

**PAST MEDICAL HISTORY:** Reviewed and on the chart, unchanged.

**SOCIAL HISTORY:** No new changes reported however his wife is more candid today in describing the behavioral changes and trouble with parenting that she has seen at home after his brain injury. He reports he does have some insight into these deficits and behavioral changes but acknowledges that he does not see them as often as his wife does.

**REVIEW OF SYSTEMS:** He is getting headaches for times per week. He denies photophobia or vomiting with the headaches. He has been taking the Fioricet at times up to four times per week for these headaches. He has not had any seizures. He had the fall as mentioned with a left-sided for pain and swelling and the abrasion to the left forehead. He denies depression or anxiety. He has had behavioral changes since his traumatic brain injury described by his wife today. No hallucinations. He does have problems with memory. He continues to have trouble with incontinence. He has some muscle spasms on the left lower extremity and he has the right great toe pain and irritation from his footwear on the right foot. No GI symptoms. No nausea, vomiting, or

WGW-ALCOTT-17

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, NP
Christina M. Kwasnica, MD
Matthias Linke, DO
Kaye Byrd-Madison, NP

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME:  Cooke, Ronald**
**DATE OF VISIT:  05/06/2008**
**DATE OF BIRTH:  02/26/1976**

diarrhea. He has dependent edema in the lower extremities but it is unchanged. He has visual problems which are unchanged. He is not had any fevers or changes in his weight.

**PHYSICAL EXAMINATION:**

**VITAL SIGNS:** Blood pressure: 114/80. Pulse: 64. Respiratory rate: 18.

**GENERAL EXAMINATION:** He is very pleasant. His affect is somewhat flat but he does have some sense of humor. He does follow commands without difficulty. He is cooperative. No peripheral edema. Palpable peripheral pulses. Motor is 5/5 on the right, 5-/5 in the left upper extremity and 4/5 in the left lower extremity at the hip and knee with no significant active dorsiflexion at the left ankle. He has a double upright brace on the left lower extremity there was initially a KAFO and has now been cut down to an AFO. No joint pain elicited with range of motion. He does have hallux valgus on the right with erythema and bony prominence at the base of the right great toe. He has disconjugate gaze and some mild right-sided facial weakness which is stable. There is evidence of oncychomycosis at the right great toenail. The other toenails appear unaffected. No rash noted at the right foot.

**IMPRESSION:**

1. TBI due to work-related injury 12/2/05.
2. Left hemiparesis.
3. Gait disturbance with recent fall and left-sided foot injury.
4. Bowel and bladder dysfunction.
5. Chronic headaches.
6. Cognitive disorder.
7. Visual disturbance.
8. Cervical disc herniation.
9. Cranial nerve dysfunction and visual deficits.
10. Erythema from footwear on the right foot.

**PLAN:**

1. Discussed with Mr. Cooke and his wife the appropriateness of transitioning to supportive care at this time. I anticipate that he is overall medically stable at this time and has reached a stationary status. I anticipate he may continue to have trouble with his AFO or adaptive equipment and that he will need continued followup by multiple specialists which will be delineated in his supportive care

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, NP
Christina M. Kwasnica, MD
Matthias Linke, DO
Kaye Byrd-Madison, NP

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME:  Cooke, Ronald**
**DATE OF VISIT:  05/06/2008**
**DATE OF BIRTH:  02/26/1976**

recommendations.

2. It is recommended that he continue with the eight hours per day of attending care due to his gait disturbance and safety issues and cognitive deficits.
3. We will refer him for gait evaluation with a physical therapist to see if a new AFO is needed.  The current one is very bulky and heavy.
4. We will refer him to a podiatrist for oncychomycosis at the right great toe.
5. He needs customized footwear with a wide toe box to prevent recurrent irritation to the hallux valgus.
6. He needs an x-ray of the left foot due to the history of trauma and swelling.
7. Paperwork was provided to me by case management today which includes notes from Dr. Maganti and sleep study results and forms to fill out regarding his transition to supportive care and a percentage for permanent disability.
8. Follow up in three to four months, earlier if needed.

_____

Sally B. Alcott, MD
SBA/ct/rc

Cc:   Workmen's Compensation Provider

This document was electronically signed (Approved) by Sally Alcott on 5/14/2008 6:50:07 PM

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, NP
Christina M. Kwasnica, MD
Matthias Linke, DO
Kaye Byrd-Madison, NP

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME: Cooke, Ronald**
**DATE OF VISIT: 02/05/2008**
**DATE OF BIRTH: 02/26/1976**

**REASON FOR VISIT:** Traumatic brain injury followup.

**HISTORY OF PRESENT ILLNESS:** Mr. Cooke is seen in followup accompanied by his wife. He continues to have urinary incontinence, which is not new, however, lately his urine has been cloudy. He has not had any fevers or malaise. He has a sleep study on 02/13/2008 to follow up regarding his sleep apnea. He did get some toe spacers for the left foot but reports no new areas of skin breakdown. He is stable on his current medication with the exception of the oxybutynin prescribed by his urologist was for 5 mg p.o. t.i.d. But he reports he takes it intermittently once a day because it makes him drowsy. His pain is well controlled and he reports his mood has been good.

**PAST MEDICAL HISTORY:** Reviewed, in the chart, unchanged.

**MEDICATIONS:** Prevacid 15 mg a day, Provigil 100 mg p.o. b.i.d., Keflex 750 mg p.o. b.i.d, doxazosin once a day, oxybutynin 0 to 5 mg per day, AndroGel once a day, ibuprofen 600 mg twice a day as needed, Flexeril as needed, and Fioricet as needed for headache.

**ALLERGIES:** Watermelon and cantaloupe.

**FUNCTIONAL HISTORY:** Ambulates independently with a left AFO. He is modified independent for his ADLs. No new changes or problems reported.

**SOCIAL HISTORY:** No new changes or problems reported.

**REVIEW OF SYSTEMS:** No seizures. No falls or injuries. His headaches are better and the Fioricet does help. He is not taking it very often. The ibuprofen manages his pain. He has had intermittent urinary incontinence ever since his injury and has not gotten much better and that has not improved. He denies any shortness of breath. He reports that his mood is good. He is coping well. He uses compensatory techniques for his memory and has noted no new cognitive problems. He does report some clear drainage intermittently out of the right eye.

**PHYSICAL EXAMINATION:** Vital signs: Blood pressure 122/80, pulse 74, and respirations 18. General: He is very pleasant and alert. He is in no acute distress. His mood is bright. He follows commands without difficulty. Motor is 5/5 on the right and 5-/5 in the left upper extremity, 4/5 in the left lower extremity with the exception of the ankle. He ambulates independently. No joint pain is elicited with range of motion or palpation. Strength of closure of the right eyelid is weaker on the right than on the left. The eye does not appear red or irritated and there is no purulent drainage.

WGW-ALCOTT-20

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, NP
Christina M. Kwasnica, MD
Matthias Linke, DO
Kaye Byrd-Madison, NP

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

Page 2
NAME: Cooke, Ronald
DATE OF VISIT: 02/05/2008
DATE OF BIRTH: 02/26/1976

**IMPRESSION:** TBI due to work related injury 12/02/2005 with left hemiparesis, gait disturbance, bowel and bladder dysfunction, chronic headaches, cognitive deficits, visual disturbance, and cervical disk herniation. Cranial nerve VI and cranial nerve VII injuries on the right.

**PLAN:** Trial of Ditropan XL 5 mg p.o. q.h.s. since the short acting medication has made him sleepy when taken during the day. We will order mattress protectors for his chronic urinary incontinence. We will check a UA C&S to rule out infection. He will continue to follow up with his urologist. His Fioricet and Flexeril are renewed with a quantity of 30. He takes both of these medications less than once a week and is using them appropriately and is aware of their potential side effects. Use artificial tears as needed for the right eye. He does have full closure of the right eye but it is not as strong as on the left and due to the history of right cranial nerve VII injury we reviewed the importance of addressing any concerns of right eye exposure and it does not appear that he has any exposure injury at this time.

Sally B. Alcott, MD
SBA/TSI/dlk

cc:     Workmen's Compensation carrier
        Kitty Warren
        Fax: 602-631-2777

WGW-ALCOTT-21

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, NP
Christina M. Kwasnica, MD
Matthias Linke, DO
Kaye Byrd-Madison, NP

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME: Cook, Ronald**
**DATE OF VISIT: 11/07/2007**
**DATE OF BIRTH: 02/26/1976**

**REASON FOR CLINIC VISIT:** Followup regarding traumatic brain injury.

**HISTORY OF THE PRESENT ILLNESS:** Mr. Cooke is seen in follow up accompanied by his wife. His insurance representative Kitty Warren is also present. He reports that he has had no seizures since his last visit. He stopped Topamax and started Keppra. His headaches occur everyday and rated as 5/10. He reports that his neurologist helping him manage the headaches. He does use the Fioricet sparingly and it does help. He has completed his paperwork for the motor vehicle division and is awaiting to know his status for driving. His left AFO needs adjustments and he is having some trouble with his nails and pressure between his second and third toes. He has been medically stable since his last visit.

**PAST MEDICAL HISTORY:** Reviewed in the chart, unchanged.

**MEDICATIONS:** Keppra 500 mg p.o. b.i.d., Provigil 200 mg p.o. daily, ibuprofen 600 mg p.o. b.i.d., doxazosin mesylate 2 mg p.o. daily, Prevacid 15 mg p.o. daily, AndroGel daily, oxybutynin 5 mg p.o. t.i.d.

**ALLERGIES:** No known medication allergies.

**FUNCTIONAL HISTORY:** He ambulates with a straight cane independently and a left AFO. He is modified independent for his ADLs. He has completed a behind the wheel drivers assessment successfully and is just waiting for the paperwork from the motor vehicle division.

**SOCIAL HISTORY:** Mr. Cooke remains on off work status. His employer at the time of the accident does not currently have a job for him and he is no longer employed by that company. There is no tobacco or alcohol abuse. He is married and has supportive family.

**REVIEW OF SYSTEMS:** No seizures, no falls or injuries reported. He does have the daily headaches as mentioned that are rated as 5/10. He denies depression or anxiety. He denies any new visual problems. Denies any chest pain or shortness of breath. He has not developed any new joint pain or overuse or repetitive strength type injuries. He still has episodes of incontinence and continues to see an urologist for follow up.

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, NP
Christina M. Kwasnica, MD
Matthias Linke, DO
Kaye Byrd-Madison, NP

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

Page 2
NAME: Cook, Ronald
DATE OF VISIT: 11/07/2007
DATE OF BIRTH: 02/26/1976

## PHYSICAL EXAMINATION:

VITAL SIGNS: Blood pressure 116/74, pulse 78, and respirations 18.

GENERAL EXAMINATION: He is very pleasant, alert. He is in no acute distress. He follows commands without difficulty. His gaze is slightly disconjugate, but he denies any diplopia. Motor is 5/5 on the right, 5-/5 on the left upper extremity and 4/5 in the left lower extremity with the exception of the left ankle, which is weaker than that. His left foot is examined. He has good peripheral pulses. No peripheral edema. He does have mild erythema and between the second and third toe with no open areas or open skin breakdown. There is pressure where the second toe crosses over the third. The erythema blanches easily. He ambulates independently without loss of balance using a left AFO and a straight cane.

IMPRESSION: Traumatic brain injury due to work-related accident/fall 12/02/2005, with residual cognitive deficit visual disturbance cranial nerves VI palsy, left hemiparesis, gait disturbance, bowel or bladder dysfunction, cervical disk herniation, and chronic headaches.

PLAN: Refer Mr. Cooke to the orthotist to make a spacer for second and third toe to prevent pressure breakdown there and to evaluate his AFO for proper fit. He continues to follow up with his usual specialists including neurology and urology. He has been referred for some follow up and possibility further testing by the other physicians that he sees, and I have recommended that he not transition from active care to supportive care until he has complete all the recommend workup, or testing by his other physicians. The two year anniversary for his injury is approaching and when he follows up in the next two to three months we can reevaluate what his supportive care needs will be.

Sally B. Alcott, MD
SBA/TSI/jlm

CC:    Workmen's Compensation Carrier
Fax  602-631-2777 Kitty Warren

WGW-ALCOTT-23

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, NP
Christina M. Kwasnica, MD
Matthias Linke, DO
Kaye Byrd-Madison, NP

222 West Thomas Rd Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME:** Cooke, Ronald
**DATE OF VISIT:** 08/21/07
**DATE OF BIRTH:** 02/26/76

**REASON FOR CLINIC VISIT:** Follow up for traumatic brain injury.

**HISTORY OF THE PRESENT ILLNESS:** Mr. Cooke is seen in follow up accompanied by his wife. The chief issues today are that he is still unsure about the status of his license. That paperwork was filled out for him. He did complete an adaptive driving program in the past and the paperwork for the medical examination report was filled out. The patient reports that he is waiting for some paperwork from the ophthalmologist for a vision form. He is also to use a parking brake extension. He is having increased headaches and he sees a neurologist who prescribes Topamax, and he reports that so far it is not helping. He has also tried ibuprofen, which is not helping. He took Vicodin, which did help. He has decreased tolerance for the heat and he seems to sweat more than prior to his injury. He still has neck and shoulder pain.

He did have labs drawn since his last visit and these are reviewed. They are from 05/02/2007 with a CBC that was within normal limits and the electrolytes were within normal limits. There was a low testosterone of 202 with the low end of normal being 250.

**MEDICATIONS:** Keppra 1000 mg b.i.d., Provigil 100 mg b.i.d., ibuprofen 600 mg b.i.d. as needed, doxysosin, mesylate 2 mg a day, Prevacid 15 mg a day, Topamax 100 mg b.i.d., AndroGel once a day, oxybutynin 5 mg t.i.d.

**FUNCTIONAL HISTORY:** He is independent with gait and ADL's. As mentioned, he has passed an adaptive driving evaluation.

**REVIEW OF SYSTEMS:** He still has problems with urinary incontinence and bowel urgency. He has increased sweating. No recent falls or injuries reported. No seizures reported. He has neck and shoulder pain, which is not new and is not changed. His mood has been good. He is not having any double vision or any new visual problems. No fevers.

**PHYSICAL EXAMINATION:**

**VITAL SIGNS:** Blood pressure 102/62, pulse 78, and respirations 18.

**GENERAL EXAMINATION:** He is alert. His mood is bright. He is oriented and follows commands. There is no tremor, no dysmetria noted. He has at least 5-/5 strength in the extremities with the exception of the left lower extremity, which is slightly weaker at the left ankle and slightly weaker overall compared to the right. He ambulates with a cane and an AFO without loss of balance. He has good range of motion in the extremities. He has a slightly guarded posture but functional range of motion at the neck.

WGW-ALCOTT-24

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Suzanne R. Kelley, NP
Christina M. Kwasnica, MD
Matthias Linke, DO
Kaye Byrd-Madison, NP

222 West Thomas Rd Suite 212
Phoenix, AZ  85013
P 602-406-6304
F 602-406-6302

Page 2
NAME: Cooke, Ronald
DATE OF VISIT: 08/21/07
DATE OF BIRTH: 02/26/76

**IMPRESSION:** Traumatic brain injury associated with work related fall on 12/02/2005 with cognitive disorder, visual disturbance, right cranial nerve 6 palsy, left hemiparesis, gait disturbance, bowel and bladder disfunction, cervical disc herniation, and headaches.

**PLAN:**
1. For the headaches we will add Fioricet to use sparingly for the more severe headaches and Flexeril for the neck and muscular pain associated with the headaches.  Potential side effects of the medications were discussed. He is encouraged to give the Topamax a good trial to see if that will also help to prevent the headaches.
2. He continues to pursue to return to driving and we will see if there is any paperwork needed from our office to help that along.
3. He continues to see the following specialists: a neurologist for the posttraumatic seizures and headaches, an urologist for neurogenic bladder and erectile dysfunction, and an ophthalmologist for the cranial nerve palsy and visual deficits.
4. Follow up in 3 months, earlier if needed.  Re-evaluate his rehabilitation needs at his 2-year post injury follow up in December.

Sally B. Alcott, MD
SBA/TSI/at

cc: Workman's Compensation Carrier
    Kitty Warren, Case Manager

WGW-ALCOTT-25

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Christina M. Kwasnica, MD
Jeanette K. Pueschel, MD
Yara Y. Vargas, MD
Suzanne R. Kelley, NP
Kaye Byrd-Madison, NP

222 West Thomas Rd.
Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME:** Cooke, Ronald
**DATE OF VISIT:** 04/26/2006
**DATE OF BIRTH:** 02/26/1976

**REASON FOR CLINIC VISIT:** Hospital follow up.

**HISTORY OF PRESENT ILLNESS:** Mr. Cooke is a very pleasant, 30-year-old male who was followed on St. Joseph's Rehabilitation Unit for traumatic brain injury. He is now discharged to home and participating at Rehab Without Walls. He is accompanied by his wife and is doing well. He follows with Dr. Fernando regarding his Lovenox and hyponatremia. He is doing well in his therapies, and his therapy reports were reviewed prior to his follow up visit here today. He has not had any seizures. His pain has been well controlled. He does have difficulty with managing his bowel and bladder but is continent with toileting.

**ALLERGIES:** No known medication allergies.

**MEDICATIONS:** Lovenox 100 mg bid, Keppra 1000 mg bid, Salt Tablets 2 g bid, Provigil 100 mg a day, Ibuprofen 600 mg bid, Prevacid 30 mg a day, Lidoderm patches daily, Xenaderm ointment bid, Artificial Tears, Flonase, and saline nasal spray.

**PAST MEDICAL HISTORY:** Traumatic brain injury, obstructive sleepapnea, post injury seizures with no recurrence, bilateral lower extremity deep venous thrombosis and history of IVC filter placement, heterotopic ossification of the left shoulder and left knee, ligamentous injury left knee.

**FUNCTIONAL HISTORY:** He needs moderate to maximal assistance for ADLs and mobility.

**SOCIAL HISTORY:** He had worked as a construction foreman and has not been able to work at this time. He is married with 3 children. No tobacco, alcohol or drug abuse.

**REVIEW OF SYSTEMS:** No fevers. He has diplopia and blurry vision, which has improved slightly. He has seen Dr. Wolf for neuro-ophthalmology consultation. He has had no seizures, and the neurology plan in the hospital was to taper the Keppra as an outpatient. He has had no falls. He does occasionally have dizziness. No depression or anxiety. He has intermittent incontinence but does respond well to toileting. He has pain in the left shoulder and left knee. No shortness of breath. No nausea or vomiting. He is occasionally constipated. Patient still has trouble with incontinence and has trouble with ejaculation and erections with episodes of priapism reported.

**VITAL SIGNS:** Blood pressure is 114/62. Pulse is 62. Respirations are 16. Weight is 225 lbs.

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Christina M. Kwasnica, MD
Jeanette K. Pueschel, MD
Yara Y. Vargas, MD
Suzanne R. Kelley, NP
Kaye Byrd-Madison, NP

222 West Thomas Rd.
Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

Page 2
NAME:  Cooke, Ronald
DATE OF SERVICE: 04/26/2006
DATE OF BIRTH: 02/26/1976

**GENERAL EXAMINATION:**  He is pleasant and alert, in no acute distress. His mood appears bright. He has right-sided facial weakness in both upper and lower face, and he has weakness with abduction of the right eye. His speech is intelligible and slow but fluent. He does have some restriction in range of motion at the left shoulder and elbow and some mild lower extremity edema. On motor he has grossly 4/5 strength in the right upper extremity, and 3-/5 strength in the left upper extremity. He has mild dysarthria. He is moving both lower extremities but is weaker on the left.

**IMPRESSION:**
1. 30-year-old male status post severe traumatic brain injury while at work 12/02/05 with MRI scan showing diffuse axonal injury as well as subarachnoid hemorrhage, subdural hematomas and contusions.
2. Cranial nerves VI and VII injuries on the right.
3. Posttraumatic changes on the cervical spine MRI obtained prior to his rehab admission in January 2006.
4. Cognitive deficits.
5. Bilateral lower extremity deep venous thrombosis.
6. Gait disturbance.
7. Deficits of ADLs.
8. Hyponatremia.
9. Posttraumatic seizures.
10. Sexual dysfunction.

**PLAN:**
Follow up with Dr. Fernando regarding the Lovenox and sodium. Referral to urology. Continue to follow up with orthopedic surgery, neurology to follow up regarding tapering the Keppra as an outpatient. We will add Senokot for bowel care. Continue with comprehensive therapies at Rehab Without Walls and previous precautions of 24-hour supervision. No driving. No work. Follow up in 4-6 weeks or earlier if needed.

---

Sally B. Alcott, MD
CMK/cgh/05-16-06/58899
cc:  Workman's Compensation
cc:  Dr. Norman Fernando
*This document was electronically signed by Sally Alcott, MD on 05/23/2006 11:50:57*



Complete Diagnostic Imaging

# VALLEY RADIOLOGISTS
### An Affiliate Of Southwest Diagnostic Imaging Ltd.
13555 W. McDowell Rd, Suite 106
Goodyear AZ, 85338
(623) 842-5641 FAX: (623) 842-5679

05-15-2008

SALLY B ALCOTT MD
222 W THOMAS RD STE 212
PHOENIX, AZ 85013

COOKE, RONALD        DOB: 02/26/1976 (M)        MRN: 000660381

FOOT COMPLETE LEFT

**FINAL REPORT**

CLINICAL HISTORY: Left foot pain.

Three views of the left foot were performed.

There is a mild hallux valgus deformity demonstrated. The bones are demineralized. Some moderate degenerative changes are noted in the toes of the mid foot. No fractures or dislocations are identified. Some mild degenerative changes are also noted in the ankle.

**IMPRESSION:**

**Mild degenerative changes are noted.  No fractures are identified.**

**Mild hallux valgus deformity.**

**Osteoporosis.**

Dictated and Signed by:        STANLEY WEHN M.D.

SW/TK
Date Transcribed: 05/15/2008 , Date Signed: 05/15/2008

5/21/08 Spoke c̄ Ronald and let him now no fractures, but I was referring him to Hanger for a pair of special shoes. Myr K.Brow m A

MAY 1 9 REC'D

WGW-ALCOTT-28

PAGE: 1   **LABORATORY REPORT**   1008
9941   VALLEY PHYSICAL MED & REHAB, PC           IH1008
222 W. THOMAS RD.
SUITE #212
PHOENIX, AZ 85013

**Sonora Quest Laboratories**

| Collected Date | Received Date | Collection Time |
|---|---|---|
| 02/05/2008 | 02/06/2008  0448 | None |
| Reported Date | Other I.D. | Fasting |
| 02/09/2008 | | N |

| REQUISITION NO. | PHYSICIAN |
|---|---|
| MANUAL833110 | ALCOTT,SALLY |

| PATIENT | | DOB | AGE | SEX | PATIENT ID | ACCESSION NO. |
|---|---|---|---|---|---|---|
| COOKE,RONALD D | | 02/26/1976 | 31 | M | | N12034868 |

| REQUESTS | RESULTS | OUT OF RANGE RESULTS | REFERENCE RANGE | UNITS | FN |
|---|---|---|---|---|---|

Patient Home Phone: 623-340-8113

PATIENT NON-FASTING

UROGRAM RFLX TO CULTURE                                                    *PAZ
  COLOR, URINE           Normal                      Normal
  CLARITY, URINE                        Cloudy       Clear
  SPECIFIC GRAVITY, URINE  1.019                      1.005-1.030
  LEUKOCYTE ESTERASE                    Small        Negative
  NITRITE, URINE QUAL                   Positive     Negative
  pH, URINE              7.0                          5.0-8.0
  BLOOD, URINE QUAL      Negative                     Negative
  PROTEIN, URINE QUAL    Negative                     Negative        mg/dL
  GLUCOSE, URINE QUAL    Negative                     Negative        mg/dL
  KETONES, URINE QUAL    Negative                     Negative
  UROBILINOGEN, URINE QUAL  Normal                    Normal          EU/dL
  BILE, URINE QUAL       Negative                     Negative

COOKE,RONALD D - N12034868 - FINAL REPORT              CONTINUED ON PAGE 2

*[handwritten notes]*
Called in Levaquin
500mg (80mg)
x7
thx to
urologist.

WGW-ALCOTT-29

PAGE: 2    **LABORATORY REPORT**    1008
                                     IH1008
9941      VALLEY PHYSICAL MED & REHAB, PC
          222 W. THOMAS RD.
          SUITE #212
          PHOENIX, AZ 85013

**Sonora Quest Laboratories**

| Collected Date | Received Date | | Collection Time |
|---|---|---|---|
| 02/05/2008 | 02/06/2008 | 0448 | None |
| Reported Date | Other I.D. | | Fasting |
| 02/09/2008 | | | N |

REQUISITION NO. / PHYSICIAN
MANUAL833110 ALCOTT,SALLY

| PATIENT | DOB | AGE | SEX | PATIENT ID | ACCESSION NO. |
|---|---|---|---|---|---|
| COOKE,RONALD D | 02/26/1976 | 31 | M | | N12034868 |

| REQUESTS | RESULTS | OUT OF RANGE RESULTS | REFERENCE RANGE | UNITS | FN |
|---|---|---|---|---|---|
| | | | | | *PAZ |

ORDERED TEST:    CULTURE,URINE

MICRO NUMBER:    08072724
TEST STATUS:     FINAL
SPECIMEN SOURCE: Urine-voided
SPECIMEN COMMENTS:
CULTURE:         Escherichia coli - Greater than 100,000 CFU/ml

                 E. coli
                 ------------------
⇒* MIC           ** mcg/mL
Ampicillin       R    >=32
Augmentin        I    16
Pip/Tazo         S    <=8
Cefazolin        S    <=8
Cefuroxime-axetil S   <=4
Cefepime         S    <=4
Ceftriaxone      S    <=8
Amikacin         S    <=2
Gentamicin       S    1
Tobramycin       S    <=0.5
Ciprofloxacin    S    <=0.5
Levofloxacin     S    <=1
Imipenem         S    <=4
Nitrofurantoin   S    <=32
Trimetho/Sulfa   ·S   <=10

■Legend:
⇒ S = Susceptible   I = Intermediate   R = Resistant   * = Not Applicable

TESTS ORDERED: UROGRAM RFLX TO CULTURE;CULTURE,URINE

****************** VALUES OUTSIDE OF REFERENCE RANGE ********************
* CLARITY, URINE              Cloudy                                 *
* LEUKOCYTE ESTERASE          Small                                  *
* NITRITE, URINE QUAL         Positive                               *
********************************************************************

*PAZ =          Test performed at: Sonora Quest Laboratories
                                   1255 W. Washington Street
                                   Tempe, Arizona   85281
                                   Phone 602-685-5000
        END OF REPORT.   PRINTED 02/09/2008 @ 02:10:09 PM
          COOKE,RONALD D  -  N12034868  -  FINAL REPORT

17099 (03/08) Lab Report A 1pt

PAGE: 2          LABORATORY REPORT          1008
                                            IH1008

9941    VALLEY PHYSICAL MED & REHAB, PC          Sonora Quest
        222 W. THOMAS RD.                         Laboratories
        SUITE 8212                   Collected Date    Received Date           Collection Time
        PHOENIX, AZ 85013            02/05/2008 02/05/2008 0448        None

                                     02/10/2008                       N

MANUAL833110 ALCOTT,SALLY
PATIENT                              AGE   SEX  PATIENT I.D.    SPECIMEN NO.
COOKE,RONALD D                       31    M                   N12034868
        RESULTS          RESULTS       OUT OF RANGE RESULTS  REFERENCE RANGE  UNITS FN
                                                                              SPAZ

ORDERED TEST:       CULTURE,URINE

MICRO NUMBER:       08072724
TEST STATUS:        FINAL
SPECIMEN SOURCE:    Urine-voided
SPECIMEN COMMENTS:
CULTURE:            Escherichia coli - Greater than 100,000 CFU/ml

                    E. coli
                    ------------------
    * MIC           ** mcg/mL
  Ampicillin        R  >=32
  Augmentin         I  16
  Pip/Tazo          S  <=8
  Cefazolin         S  <=8
  Cefuroxime-axetil S  <=4
  Cefepime          S  <=4
  Ceftriaxone       S  <=8
  Amikacin          S  <=2
  Gentamicin        S  1
  Tobramycin        S  <=0.5
  Ciprofloxacin     S  <=0.5
  Levofloxacin      S  <=1
  Imipenem          S  <=4
  Nitrofurantoin    S  <=32
  Trimetho/Sulfa    S  <=10

Legend:
S = Susceptible    I = Intermediate    R = Resistant    * = Not Applicable


TESTS ORDERED: UROGRAM RFLX TO CULTURE;CULTURE,URINE


***************** VALUES OUTSIDE OF REFERENCE RANGE *****************
* CLARITY, URINE                    Cloudy                          *
* LEUKOCYTE ESTERASE                Small                           *
* NITRITE, URINE QUAL               Positive                        *
********************************************************************


COOKE,RONALD D - N12034868 - REPRINT REPORT          CONTINUED ON PAGE 3

PAGE: 1    **LABORATORY REPORT**
1017
EOI
77357   ARIZONA STATE UROLOGICAL INST.
1492 S. MILL AVE.
SUITE #307
TEMPE, AZ 85281

Sonora Quest Laboratories

| Collected Date | Received Date | | Collection Time |
|---|---|---|---|
| 05/02/2007 | 05/02/2007 2213 | | 1125 |
| Report Date | | | |
| 05/09/2007 | | | N |

773575865    SHARMA,ANOOP K.

| PATIENT | AGE | SEX | PATIENT I.S. | SPECIMEN NO. |
|---|---|---|---|---|
| COOKE,RONALD | 31 | M | | S86238380 |

Patient Home Phone: 623-535-9445
\* Previously Reported on: 05/08/2007 @ 2:04AM \*
PATIENT NON-FASTING

CBC W/DIFF,W/PLT                                              \*PAZ

| Test | Result | Reference | Units |
|---|---|---|---|
| WBC | 5.8 | 4.0-11.0 | k/mm3 |
| RBC | 4.66 | 4.30-6.00 | m/mm3 |
| HEMOGLOBIN | 14.1 | 13.0-18.0 | g/dL |
| HEMATOCRIT | 41.7 | 40.0-53.0 | % |
| MCV | 90 | 78-100 | fL |
| | 30.4 | 27.0-34.0 | pg |
| MCHC | 33.9 | 31.0-37.0 | g/dL |
| | 13.4 | 11.5-14.5 | % |
| PLATELET COUNT | 169 | 130-450 | k/mm3 |
| MPV | 10.9 | 7.5-11.5 | fL |
| SEGMENTED NEUTROPHILS | 54 | 40-85 | % |
| LYMPHOCYTES | 37 | 10-45 | % |
| MONOCYTES | 7 | 3-15 | % |
| EOSINOPHILS | 2 | 0-7 | % |
| BASOPHILS | 0 | 0-2 | % |
| ABSOLUTE NEUTROPHIL | 3.1 | 1.6-9.3 | k/uL |
| ABSOLUTE LYMPHOCYTE | 2.1 | 0.6-5.5 | k/uL |
| ABSOLUTE MONOCYTE | 0.4 | 0.1-1.6 | k/uL |
| ABSOLUTE EOSINOPHIL | 0.1 | 0.0-0.7 | k/uL |
| ABSOLUTE BASOPHIL | 0.0 | 0.0-0.2 | k/uL |
| DIFFERENTIAL TYPE | Automated | | |

BASIC METABOLIC PANEL                                        \*PAZ

| GLUCOSE | 98 | 65-99 | mg/dL |
|---|---|---|---|

Glucose reference range reflects fasting state.

| UREA NITROGEN (BUN) | 19 | 8-25 | mg/dL |
|---|---|---|---|
| CREATININE | 0.8 | 0.6-1.5 | mg/dL |
| GFR ESTIMATED | >60 | >60 mL/min/1.73m2 | |

In African Americans, the calculated eGFR should be multiplied by 1.21.

The result >60 mL/min/1.73 m2 represents the upper limit of reliability set by the NKDEP. Patients above 60 mL/min/1.73 m2 could have stage I or II kidney disease.

| BUN/CREAT RATIO | 23.8 | 10.0-28.0 | |
|---|---|---|---|
| SODIUM | 137 | 135-145 | mmol/L |
| POTASSIUM | 4.0 | 3.5-5.2 | mmol/L |
| CHLORIDE | 101 | 96-110 | mmol/L |

COOKE,RONALD - S86238380 - REPRINT REPORT          CONTINUED ON PAGE 2

05/09/07 14:49 64579735 2/3

WGW-ALCOTT-32

PAGE: 2    **LABORATORY REPORT**
1017
EDI

Sonora Quest
Laboratories

77357   ARIZONA STATE UROLOGICAL INST.
1492 S. MILL AVE.
SUITE #307
TEMPE, AZ 85281

| | Collected Date | Received Date | | Collection Time |
|---|---|---|---|---|
| | 05/02/2007 | 05/02/2007 2213 | | 1125 |

773575865   SHARMA, ANOOP K.          05/09/2007                        N

COOKE, RONALD          31   M          S86238380

| TESTS | RESULTS | OUT OF RANGE RESULTS | REFERENCE RANGE | UNITS FN |
|---|---|---|---|---|
| CARBON DIOXIDE (CO2) | 25 | | 19-31 | mmol/L |
| ANION GAP | 11 | | 4-18 | |
| CALCIUM | 9.5 | | 8.4-10.4 | mg/dL |
| PROLACTIN | 6.9 | | 2.5-17.0 | ng/mL*PAZ |
| FSH | 2.1 | | 1.5-12.4 | mIU/mL*PAZ |
| LH | 2.7 | | 1.7-8.6 | mIU/mL*PAZ |

Male Reference Range:
Prepubertal:    <1.1   mIU/mL
Pubertal:    0.4-7.0 mIU/mL
Adult: (18 years and older)    1.7-8.6 mIU/mL

TESTOSTERONE, TOTAL and FREE
TESTOSTERONE, TOTAL          202 L     250-1100   ng/dL   *QN

Total Testosterone was measured by LCMSMS. The LCMSMS method
correlates well with our extraction/RIA method.

% FREE TESTOSTERONE     2.21          1.0-3.1   %
TESTOSTERONE, FREE     44.7          35.0-155.0  pg/mL

TESTS ORDERED: CBC W/DIFF,W/PLT;PROLACTIN;FSH;LH
          TESTOSTERONE, TOTAL and FREE;BASIC METABOLIC PANEL

************************ VALUES OUTSIDE OF REFERENCE RANGE ************************
# TESTOSTERONE, TOTAL          202     L          ng/dL     #
************************************************************************

*PAZ =    Test performed at:  Sonora Quest Laboratories
                              1255 W. Washington Street
                              Tempe, Arizona   85281
                              Phone 602-685-5020

*QN =    Test performed at:  Quest Diagnostics Nichols Institute
                             San Juan Capistrano, California   92690
                             Phone 800-642-4657

          END OF REPORT.  PRINTED 05/09/2007 @ 04:27:18 PM
          COOKE,RONALD  -  S86238380  -  REPRINT REPORT

WGW-ALCOTT-33

· PAGE: 1     LABORATORY REPORT
               1017
               EDI

**Sonora Quest Laboratories**

77357    ARIZONA STATE UROLOGICAL INST.
          1492 S. MILL AVE.
          SUITE #307
          TEMPE, AZ 85281

| Collected Date | Received Date | | Collection Time |
|---|---|---|---|
| 04/11/2007 Report Date | 04/11/2007 Chart I.D. | 2343 | 1157 Ward P.r. |
| 04/14/2007 | AKS03273 | | U |

| Patient | | Age | Sex | Patient I.D. | | Specimen No. |
|---|---|---|---|---|---|---|
| 77357020000005884 | SHARMA,ANOOP K. | | | | | |
| COOKE,RONALD | | 31 | M | | | S84257682 |

| Analyte | Results | Out of Range Results | Reference Range | Units FN |
|---|---|---|---|---|

**× Previously Reported on: 04/13/2007 @ 11:12PM ×**    #PA2

ORDERED TEST:      CULTURE,URINE

MICRO NUMBER:     07184620
TEST STATUS:      FINAL
SPECIMEN SOURCE:   Urine-voided
SPECIMEN COMMENTS:
CULTURE:          Klebsiella pneumoniae - Greater than 100,000 CFU/ml

            K. pneumoniae
            ------------------

| ×× MIC | ×× mcg/mL |
|---|---|
| Ampicillin | R >=32 |
| Augmentin | S <=8 |
| Pip/Tazo | S <=8 |
| Cefazolin | S <=8 |
| Cefuroxime-axetil | S <=4 |
| Cefepime | S <=4 |
| Ceftriaxone | S <=8 |
| Amikacin | S <=2 |
| Gentamicin | S <=0.5 |
| Tobramycin | S <=0.5 |
| Ciprofloxacin | S <=0.5 |
| Levofloxacin | S <=1 |
| Imipenem | S <=4 |
| Nitrofurantoin | S <=32 |
| Trimetho/Sulfa | S <=10 |

Legend:
S = Susceptible   I = Intermediate   R = Resistant   × = Not Applicable


TESTS ORDERED: CULTURE,URINE


#PA2 =     Test performed at:   Sonora Quest Laboratories
                        1255 W. Washington Street
                        Tempe, Arizona    85281
                        Phone 602-685-5000


END OF REPORT.   PRINTED 04/14/2007 @ 08:04:15 AM
      COOKE,RONALD   -   S84257682   -   REPRINT REPORT

04/14/07 03:33 04321727   2/2

WGW-ALCOTT-34

PAGE: 1        LABORATORY REPORT        Sonora Quest Laboratories
                                1017
                                E01

77357   ARIZONA STATE UROLOGICAL INST.
        1492 S. MILL AVE.
        SUITE #307                    Collected Date   Received Date          Collection Time
        TEMPE, AZ 85281               04/11/2007 04/11/2007 2343      1157

                                      04/13/2007    AKS03273          U
7735700000058B4 SHARMA,ANOOP K.

COOKE,RONALD                   31  M              S84257682
                                                           #PAZ

ORDERED TEST:      CULTURE,URINE

MICRO NUMBER:      07184620
TEST STATUS:       PRELIMINARY
SPECIMEN SOURCE:   Urine-voided
SPECIMEN COMMENTS:
CULTURE:           Gram negative bacilli - Greater than 100,000 CFU/ml


TESTS ORDERED: CULTURE,URINE


#PAZ =        Test performed at: Sonora Quest Laboratories
                                 1255 W. Washington Street
                                 Tempe, Arizona   85281
                                 Phone 602-685-5000


END OF REPORT.   PRINTED 04/13/2007 @ 12:43:42 PM
     COOKE,RONALD  -  S84257682  -  PENDING REPORT

WGW-ALCOTT-35

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Christina M. Kwasnica, MD
Suzanne R. Kelley, NP
Kaye Byrd-Madison, NP

222 West Thomas Rd.
Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME: Cooke, Ronald**
**DATE OF VISIT: 04/03/2007**
**DATE OF BIRTH: 02/26/1976**

**REASON FOR CLINIC VISIT:** Follow up traumatic brain injury.

**HISTORY OF PRESENT ILLNESS:** Mr. Cooke is a very pleasant, 31-year-old male, accompanied by his wife, seen for follow up regarding traumatic brain injury. He has been doing well. He would like to return to driving and we have received correspondence from his neurologist, Dr. Wang and his eye surgeon, Dr. Plotnik that he has been cleared from their perspective in regards to driving. He also had a formal driving behind-the-wheel driving evaluation and was cleared for driving. His medications have been stable and effective. The Ibuprofen helps for the pain. The Prevacid helps prevent any upset stomach. He denies any heartburn or blood in stools. He is gaining strength in range of motion in upper and lower extremities. He continues to have problems with bowel and bladder incontinence and will be seeing a new urologist soon. He tried toileting frequently but still has accidents. He is able to empty his bladder and is not requiring any catheterization. He has not had any seizures.

**ALLERGIES:** Watermelon and cantaloupe.

**MEDICATIONS:** Keppra 1000 mg bid, Provigil 100 mg p.o. bid, Ibuprofen 600 mg p.o. bid, and Doxazosin Mesylate 2 mg p.o. q day.

**PAST MEDICAL HISTORY:** Reviewed in the chart, unchanged.

**SOCIAL HISTORY:** He is married. He has a very supportive spouse and family. He does have long term vocational goals, however his biggest limiting factors at this time are the bowel and bladder incontinence and his mobility issues. No drug or alcohol abuse. No tobacco abuse.

**REVIEW OF SYSTEMS:** No weight changes. He continues to have visual problems with double vision at times, however his visual problems have significantly improved and his vision has been deemed adequate for driving by his ophthalmologist. He has no trouble with his swallowing. No problems with chest pain or shortness or breath. No gastrointestinal problems. He does have intermittent edema in the lower extremities. He does have intermittent back and neck pain, but in general his pain is well controlled with Ibuprofen. He has loss of balance but no falls. He has headaches but these are not associated with nausea, vomiting or photophobia. He has problems with his memory but compensates. He has no depression or anxiety and he has both bowel and bladder incontinence at times. No seizures.

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Christina M. Kwasnica, MD
Suzanne R. Kelley, NP
Kaye Byrd-Madison, NP

222 West Thomas Rd.
Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

Page 2
NAME: Cooke, Ronald
DATE OF SERVICE: 04/03/2007
DATE OF BIRTH: 02/26/1976

**FUNCTIONAL HISTORY:** He is ambulating community distances with double upright jointed AFO and a straight cane with an offset handle. For prolonged ambulation in the community he does require a scooter. He is independent with his ADLs and he passed his driving evaluation.

**VITAL SIGNS:** Blood pressure is 114/62. Pulse is 68. Respirations are 16.

**GENERAL EXAMINATION:** He is very pleasant and alert. He is cooperative. His speech is fluent and intelligible. His extraocular movements remain slightly disconjugate. He is able to read. He is able to fill out forms and write with some difficulty. Motor is 5-/5 in the upper extremities and in the right lower extremity. In the left lower extremity he has at least 4/5 strength at the left hip and knee and 2/5 strength at the left ankle. No impingement signs at the shoulder. He ambulates with a slow cadence with no loss of balance using his cane and left AFO.

**IMPRESSION:**
Mr. Cooke is a 31-year-old male who suffered a traumatic brain injury in a work related fall on 12/02/05 with other deficits including cognitive disorder, visual disturbance and right cranial nerve 6 palsy improving left hemiparesis and gait disturbance. He has persistent bowel and bladder dysfunction. He has had surgery for cervical disc herniation that went well.

**RECOMMENDATIONS:**
The paperwork is filled out to release Mr. Cooke to any retesting as appropriate by the motor vehicle division to help him regain his drivers license. An extended parking brake was recommended by Lynn Hedrick, the driving instructor. This is noted in the paperwork. His medications for Ibuprofen, Prevacid and Provigil were renewed today. He is cautioned against the potential GI side effects of Ibuprofen and alerting me if there is any blood in the stool or GI symptoms. He will be maintained on the Prevacid at 15 mg for ulcer prophylaxis. CBC and CMP are ordered to be obtained prior to his next follow up visit. By the time of his next visit it is anticipated that he will be wrapping up his comprehensive therapies at Rehab Without Walls and that he will have seen the urologist for evaluation. Prescription for a new tall straight cane is provided today. Follow up in 3-6 months.

Sally B. Alcott, MD
SBA/cgh/04-10/2007/133398
cc*: Workman's Comp (602) 631-2777
*This document was electronically signed by Sally Alcott, MD on 04/14/2007 21:23:17*

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Christina M. Kwasnica, MD
Suzanne R. Kelley, NP
Kaye Byrd-Madison, NP

222 West Thomas Rd.
Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME: Cooke, Ronald**
**DATE OF VISIT: 01/30/2007**
**DATE OF BIRTH:**

**HISTORY OF PRESENT ILLNESS:** Mr. Cooke has been doing well and has completed a behind the wheel driver evaluation. He needs repairs to his left AFO. He is transitioning to a new urologist and has an appointment with him in February. He still has problems with urinary incontinence and urgency and some problems with his bowel as well. He reports good success with his eye surgeries. He has had no new seizures, no falls or injuries. Mr. Cooke was found to have a cervical disc herniation and was referred to neurosurgery. He did undergo surgery and I did not have a copy of his consultation with the neurosurgeon or the operative report. There is a copy of his evaluation by Dr. Papadopoulos but the patient had sought a second opinion and that report is not available at the time of his follow-up visit. The patient reports the surgery went well.

**ALLERGIES:** Watermelon and cantaloupe.

**MEDICATIONS:** Keppra 1000 mg b.i.d., Provigil 100 mg b.i.d., ibuprofen 600 mg b.i.d. as needed, Oxybutynin 5 mg t.i.d., Prevacid one a day, Doxazosin 2 mg q d

**PAST MEDICAL HISTORY:** Reviewed in the chart, unchanged.

**SOCIAL HISTORY:** The patient has been unable to return to work. He is pursuing return to driving.

**FUNCTIONAL HISTORY:** He is able to ambulate independently. He is able to perform his activities of daily living independently. He must keep himself on a toileting schedule due to the incontinence.

**REVIEW OF SYSTEMS:** No fever. He does have some visual problems but is being followed by his ophthalmologist and has had eye surgery.

**PHYSICAL EXAMINATION:**

**VITAL SIGNS:** BP 118/76, P 76, R 20

**GENERAL EXAMINATION:** He is alert and pleasant in no acute distress. His speech is slow and deliberate but somewhat improved from past visits. He has smoother range of motion with his extraocular movements. He has good strength in the right upper and right lower extremity.

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Christina M. Kwasnica, MD
Suzanne R. Kelley, NP
Kaye Byrd-Madison, NP

222 West Thomas Rd.
Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

Page 2
NAME: Cooke, Ronald
DATE OF SERVICE: 01/30/2007
DATE OF BIRTH:

In the left lower extremity he has 3 to 4-/5 strength with the left ankle being weaker than the rest of the left lower extremity. The left upper extremity is 3+ to 4/5. He ambulates independently.

IMPRESSION: Traumatic brain injury 12/2/2005 with cognitive disorder, visual disturbance, left hemiplegia, bowel and bladder dysfunction and cervical disc herniation.

RECOMMENDATIONS:
1.     We will try to obtain the Drivable Solutions report since I have looked through his chart today and do not recall seeing that report to review it. He will also need to have clearance by his ophthalmologist and neurologist before returning to driving.
2.     He is also referred to Hangar for adjustments to his left AFO as he has done more walking the components are getting worn out and would like Hangar to evaluate and remodel the AFO as appropriate.
3.     Continue with Rehab Without Walls and follow-up in two to three months earlier if needed.

_____

Sally B. Alcott, MD
SBA/sqe/3-27-07/130141
*This document was electronically signed by Sally Alcott, MD on 03/28/2007 16:22:04*

WGW-ALCOTT-39

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Christina M. Kwasnica, MD
Jeanette Pueschel Larson, MD
Suzanne R. Kelley, NP
Kaye Byrd-Madison, NP

222 West Thomas Rd.
Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME: Cooke, Ronald**
**DATE OF VISIT: 10/17/2006**
**DATE OF BIRTH: 02/26/1976**

**REASON FOR CLINIC VISIT:** Follow up regarding traumatic brain injury.

**HISTORY OF PRESENT ILLNESS:** Mr. Cooke is seen in follow up accompanied by his wife. He has been doing fairly well at home. He has had eye surgery and urological testing. He has a urinary tract infection, so was unable to follow up with the urologist for the cystoscopy.

**MEDICATIONS:** Keppra 1000 mg p.o. bid, Provigil 100 mg bid, Flonase, Senokot and Prevacid.

**PAST MEDICAL HISTORY:** Reviewed in the chart and unchanged.

**REVIEW OF SYSTEMS:** He has intermittent swelling in the lower extremities. He has some problems with his vision, but it is better. He has muscular spasms and decreased sensation in the lower extremity. He has intermittently had some purple discoloration of the left foot when it is dependent. He still has problems with urinary incontinence, and his bowel movements are irregular. He needs some sort of digital stimulation to get his bowel movement to occur. He has not had any seizures. He has not had any headaches.

**SOCIAL HISTORY:** Reviewed with the patient, unchanged.

**FUNCTIONAL HISTORY:** Mr. Cooke is working on performing his ADLs at a sit/stand level. He still needs help for functional transfers and is still working out adaptive equipment within his home. He has been working on ambulation with assistance and bracing of the left lower extremity.

**VITAL SIGNS:** Blood pressure is 138/78. Pulse is 78. Respirations are 18.

**GENERAL EXAMINATION:** He is alert and pleasant in no acute distress. He answers questions appropriately. His gaze is less disconjugate than it had been in the past but still abnormal when looking towards the right. He has good strength on the right upper and lower extremity. Sensation is impaired in the right lower extremity and left lower extremity. Left upper extremity has 4/5 strength. Left lower extremity has 4-/5 except at the ankle, which is weaker. He has a good pulse on the left foot. Good motility with passive range of motion in the left foot. There is no discoloration noted today. No skin breakdown. His reflexes are brisk. Range of motion of the left shoulder has much improved, as has the range of motion at his left elbow, although he is slightly lacking full extension at the left elbow.

WGW-ALCOTT-40

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Christina M. Kwasnica, MD
Jeanette Pueschel Larson, MD
Suzanne R. Kelley, NP
Kaye Byrd-Madison, NP

222 West Thomas Rd.
Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

Page 2
NAME: Cooke, Ronald
DATE OF SERVICE: 10/17/2006
DATE OF BIRTH: 02/26/1976

IMPRESSION:
1. Status post work related traumatic brain injury on 12/02/05.
2. Cognitive disorder.
3. Visual disturbance in right cranial nerve 6 palsy.
4. Left hemiparesis and bilateral lower extremity sensory disturbance.
5. Gait disturbance.
6. Bowel and bladder dysfunction with urinary urgency and fecal retention.
7. Cervical disc herniation.

PLAN:
Mr. Cooke reports that he has decided on having cervical spine surgery for the disc herniation. He also continues to follow up with the eye surgeon and will be following up with the urologist once his urinary tract infection has cleared. He did not like the cramping associated with Dulcolax suppositories or use of laxatives, and he may benefit from regular use of a glycerin suppository to keep his bowel care on track. He will continue with comprehensive therapies at Rehab Without Walls and will follow up with the neurologist regarding posttraumatic seizures. He will follow up in 2-3 months or earlier if needed or later if needed since he does have multiple other specialists that he needs to follow up with at this time.

_____
Sally B. Alcott, MD
SBA/cgh/10-31-06/94243
cc*: Workman's Compensation Carrier, Valerie Kunzeman (602) 631-2777
*This document was electronically signed by Sally Alcott, MD on 11/03/2006 11:20:14*

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Christina M. Kwasnica, MD
Jeanette Pueschel Larson, MD
Suzanne R. Kelley, NP
Kaye Byrd-Madison, NP

222 West Thomas Rd.
Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME:  Cooke, Ronald**
**DATE OF VISIT: 08/07/2006**
**DATE OF BIRTH: 02/26/1976**

**REASON FOR CLINIC VISIT:**  Follow up regarding traumatic brain injury.

**HISTORY OF PRESENT ILLNESS:**  Mr. Cooke is doing well. He is accompanied today by his wife, case manager, and his physical therapist. He is following up with all his specialists including neurology to evaluate his seizure risk and whether or not Keppra can be discontinued, and he has a MRI and an EEG ordered for tomorrow. He has also seen an urologist, Dr. Lipson, and urodynamics studies have been started. He also follows with orthopedic surgery, Dr. Worthington, and is noting steady improvement with his left shoulder pain and range of motion and his left knee injuries. He continues at Rehab Without Walls. Medication changes since last time include increasing his Provigil to twice a day and that has worked out well. He no longer uses Lidoderm patches and is using Ibuprofen less frequently.

**MEDICATIONS:**  Ibuprofen 600 mg p.o. bid, Keppra 1000 mg p.o. bid, Provigil 100 mg p.o. bid, Flonase and Senokot and Prevacid.

**PAST MEDICAL HISTORY:**  Reviewed in the chart and unchanged.

**SOCIAL HISTORY:**  Mr. Cooke is on disability regarding work related traumatic injuries and he is married with a very supportive wife and family.

**REVIEW OF SYSTEMS:**  Documented in the chart. Specifically, he continues to have problems with diplopia and blurred vision. He is not having trouble with his speech or swallowing. He has chronic lower extremity edema, which is dependent and worse at the end of the day. He has abnormal sensation in the upper and lower extremities when it comes to sensing temperature and proprioception, but this is improving. He has no headaches. He has had no falls or injuries, no seizures. He has numbness more on the left side of his body than the right, but both sides are affected. He denies depression or anxiety. He does have trouble with urgency and stress, urinary incontinence.

**FUNCTIONAL HISTORY:**  He is able to ambulate community distances with his left long leg brace and his front wheeled walker.

**VITAL SIGNS:**  Blood pressure is 138/60. Pulse is 78. Respirations are 16.

**GENERAL EXAMINATION:**  He is very pleasant and alert in no acute distress. His mood appears bright. His gaze is disconjugate. With motor he has 5/5 strength on the right. On the left upper extremity he has 4/5 strength. Range of motion at the left shoulder is improved to active

WGW-ALCOTT-42

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Christina M. Kwasnica, MD
Jeanette Pueschel Larson, MD
Suzanne R. Kelley, NP
Kaye Byrd-Madison, NP

222 West Thomas Rd.
Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

Page 2
NAME:  Cooke, Ronald
DATE OF SERVICE: 08/07/2006
DATE OF BIRTH:  02/26/1976

abduction and forward flexion to at least 140 degrees. He has at least 3/5 strength in the left lower extremity and some active movement at the left ankle but not greater than anti-gravity. He ambulates independently with a brace and a front wheeled walker without loss of balance. He performs sit to stand easily independently. His speech is still dysarthric but intelligible.

IMPRESSION:
1. Mr. Cooke is a 30-year-old male status post a fall with major multiple trauma including traumatic brain injury on 12/02/05.
2. Cranial nerve injuries 6 and 7 on the right with disconjugate gaze and visual disturbance.
3. Cognitive deficits.
4. Left hemiparesis and bilateral sensory disturbance of the extremities.
5. Disturbance of gait.
6. History of posttraumatic seizures without recurrence.
7. History of bilateral lower extremity DVTs and chronic dependant edema.

RECOMMENDATIONS:
Continue with comprehensive therapies and 24-hour supervision. He is off work status and totally unable to work at this time, and he is not released to driving. We will check with his urologist, since the patient does have some concerns about a preliminary report of urinary retention on his testing. He states that he is able to void without a sensation of hesitancy or fullness afterwards. He has not needed intermittent catheterization while at home. He does have appointments to complete his testing and to follow up with the urologist. He will have a MRI and EEG tomorrow and follow up with the neurologist regarding posttraumatic seizures. We will discontinue the Prevacid, as he has had no GI concerns and GI problems. He takes Ibuprofen bid but reports no significant pain, and he can change to prn Ibuprofen. Renewed the Provigil. He does have a neuro surgery appointment to follow up on the cervical spine disc extrusions. Follow up in 2-3 months or earlier if needed.

_____
Sally B. Alcott, MD
SBA/cgh/08-09-06/76501
cc*: Worker's Compensation Carrier Attn: Valerie Kunzeman 602-631-2777
cc*: Dr. Norman Fernando (602) 253-9771
*This document was electronically signed by Sally Alcott, MD on 08/11/2006 14:48:53*

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Christina M. Kwasnica, MD
Jeanette K. Pueschel, MD
Yara Y. Vargas, MD
Suzanne R. Kelley, NP
Kaye Byrd-Madison, NP

222 West Thomas Rd.
Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

**NAME:** Cooke, Ronald
**DATE OF VISIT:** 06/08/2006
**DATE OF BIRTH:** 02/26/1976

**REASON FOR CLINIC VISIT:** Follow up traumatic brain injury.

**HISTORY OF PRESENT ILLNESS:** Mr. Cooke is a 30-year-old male patient of Dr. Alcott who is here today for follow up after traumatic brain injury. Patient was admitted to St. Josephs Rehabilitation Unit and is currently receiving therapies at Rehab Without Walls. He comes today with his wife and a Rehab Without Walls representative. He has follow up with his primary doctor, Dr. Fernando. He is currently off the Lovenox and the salt tablets. His wife seems to remember his last sodium was 137. Patient refers that unfortunately they have not been able to contact Dr. Treiman for follow for neurology. His Rehab Without Walls representative refers that she tried to call him and apparently our office tried to fax the information again as well, but he has not been given an appointment.

He also was referred to Dr. Harmon for urology consult but he does not accept workman's compensation. He currently has a schedule appointment with Dr. Lipman on June 15. Patient refers that he feels a little more tired in the afternoon. He has noticed that his vision is worse when he is more tired. He is currently taking Provigil 100 mg at 7:00 a.m. He currently has a new brace for his left leg. He has been following up with Dr. Worthington, orthopedic surgeon. As per his wife and case manager he probably is going to need surgery for ligament repair.

**ALLERGIES:** None known.

**MEDICATIONS:** Keppra 1,000 mg p.o. bid, Provigil 100 mg p.o. q day, Ibuprofen 600 mg p.o. bid prn pain, Lidoderm patches, Xenaderm ointment, artificial tears, Flonase and Senokot. + Prevacid SA

**PAST MEDICAL HISTORY:** Reviewed and unchanged.

**SOCIAL HISTORY:**    Reviewed and unchanged.

**REVIEW OF SYSTEMS:** Complete review of systems form is documented in the chart. Patient refers vision problems, constipation, back pain, joint pain, muscle spasms, tingling and shooting sensation, numbness, light headedness, memory problems, increased urination, impotence, incontinence. Patient denies hearing problems, swallowing problems, shortness of breath, and chest pain.

**VITAL SIGNS:** Blood pressure is 114/76. Pulse is 78. Respirations are 16.

# Valley Physical Medicine & Rehabilitation, P.C.

Sally B. Alcott, MD
Christina M. Kwasnica, MD
Jeanette K. Pueschel, MD
Yara Y. Vargas, MD
Suzanne R. Kelley, NP
Kaye Byrd-Madison, NP

222 West Thomas Rd.
Suite 212
Phoenix, AZ 85013
P 602-406-6304
F 602-406-6302

Page 2
NAME:  Cooke, Ronald
DATE OF SERVICE: 06/08/2006
DATE OF BIRTH: 02/26/1976

**GENERAL EXAMINATION:**  Mr. Cooke is a pleasant and cooperative adult male in no acute
distress. His heart has a regular rate and rhythm. Lungs are clear to auscultation bilaterally.
Abdomen is soft and depressible, nontender. There is no evidence of lower extremity edema.

**NEUROLOGIC EXAMINATION:**  Patient was alert and oriented. He presents with slow
dysarthric speech. He has a right sided facial weakness and evidence of cranial nerve 6 and 7
right injury. He has decreased range of motion on his left shoulder and elbow, for which he has a
Dynasplint. Strength grossly on the right is 4+/5 and on the left is 3/5. He is wearing a brace on
his left extremity.

**IMPRESSION:**  Mr. Cooke is a 30-year-old male status post work injury with resultant
traumatic brain injury, left knee injury, who presents with impairment and disability of cognition,
ambulation and ADLs. He is here today for follow up.

**RECOMMENDATIONS:**
1.      We will find out regarding his neurology appointment. This will be discussed with Dr.
        Alcott and see if she would like to refer him to another neurologist.
2.      I will increase his Provigil to 100 bid. He should take ½ pill in the morning and ½ pill at
        1:00.he may increase it to 200 mg PO BID. If he does not notice any difference with his
        afternoon fatigue then he may just continue taking the previous morning dose.
3.      Dr. Alcott ordered a MRI on his last visit, and we have not received results yet. We will
        find those and call them with their results. Patient will return to clinic in 6-8 weeks with Dr.
        Alcott.

_____
Yara Y. Vargas, MD
YYV/cgh/06-14-06/65151
*This document was electronically signed by Yara Vargas, MD on 06/15/2006 12:43:17*

602 406 7140

**St. Joseph's Hospital
and Medical Center**

**CHW**

Diagnostic Radiology
350 West Thomas Road
Phoenix, Arizona 85013
(602) 406-3430; (602) 406-5088 (FAX)

| | |
|---|---|
| Patient Location: | MRIS// |
| MR#: | 1360949 |
| Patient Name: | COOKE, RONALD |
| Sex / D.O.B.: | Male / 2/26/76 |
| Billing Number: | 81807380 |
| Attending Physician: | Alcott, Sally |
| Discharge Date: | |

---

### R a d i o l o g y

| Accession Nbr: | Exam Date/Time: | Procedure: | Ordering Physician: |
|---|---|---|---|
| MR-06-0011802 | 5/26/06 9:30:00 PM | MRI Cervical Spine w/o Contrast | Alcott, Sally |

**Reason for Exam:**
TBI C-SPINE CONTUSION

**MR Read**
MRI CERVICAL SPINE WITHOUT CONTRAST: 05/26/06
COMPARISON: 12/19/05.
CLINICAL HISTORY: Traumatic brain injury with cervical spine cord contusion.

TECHNIQUE: MRI of the cervical spine was performed without gadolinium contrast. Sagittal T2, gradient echo, T1 and inversion recovery images were obtained. Axial gradient echo images were performed.

FINDINGS: Again noted is minor anterior subluxation of C7 on T1 with minor anterior subluxation of the facets. This is presumably related to old trauma and appears unchanged compared to the previous examination. There is no abnormal STIR signal identified in this region. There is abnormal signal within the ventral and central aspect of the spinal cord from C4-5 through C6-7. This appears slightly decreased in conspicuity dorsal to C5 however is slightly more defined and dorsal to C6. These findings are compatible with myelomalacia, presumably related to prior cord contusion, given clinical history. There is a small disk extrusion at C4-5 which extends superiorly and is eccentric to the left paracentral and proximal foraminal. This appears increased in size compared to the previous examination and is associated with effacement of the dorsal and ventral subarachnoid space as well as mild cord flattening. There is associated moderate left foraminal narrowing again noted, unchanged. No significant right foraminal narrowing is identified.

Additional levels appears normal without evidence of disk herniation, canal stenosis or foraminal narrowing. An incidental note is made of small tonsillar calcifications presumably related to old inflammatory disease. Vertebral body alignment and marrow signal are otherwise normal. The cord appears otherwise normal in signal and intensity. Prevertebral soft tissues appear unremarkable.

CC: N/A
   N/A
   N/A
   N/A, N/A  N/A

Page 1 of 2

WGW-ALCOTT-46

MR#:   1360949                    Patient Name:   COOKE, RONALD

## MR Report

1. Minor unchanged anterolisthesis of C7 on T1, presumably related to prior trauma or degenerative change.

```
B a d i o l o g y
```

| Accession Nbr: | Exam Date/Time: | Procedure: | Ordering Physician: |
|---|---|---|---|
| MR-06-0011802 | 5/26/06 9:30:00 PM | MRI Cervical Spine w/o Contrast | Alcott, Sally |

2. Abnormal cord signal, without volume loss, at C5 and C6. This appears slightly more prominent at C6 and decreased in conspicuity at C5 compared to a previous examination and is presumably related to myelomalacia from old cord contusion, given clinical history.

3. Small C4-5 left paracentral and proximal foraminal disk extrusion, slightly increased compared to the prior examination with effacement of the ventral and dorsal subarachnoid space and mild cord flattening. This is associated with moderate left foraminal narrowing, unchanged.

### PATIENT: RONALD COOKE

THE ATTENDING RADIOLOGIST HAS PERSONALLY REVIEWED THIS EXAMINATION.
Dictated by: Cutts, MD, Shanoe - Neuroradiology Fellow        Cutts, MD, Shanoe - Neuroradiology Fellow
Attending: Dean, M.D. , Bruce - Neuroradiologist
Signed by: Bruce Dean, M.D. - Neuroradiologist

Dictated: 05/27/06 11:00      Transcribed: 05/27/06 14:43       Signed: 05/28/06 15:58        Trx: JHALL
                             ***FINAL***      Electronically Signed

WGW-ALCOTT-47



**St. Joseph's Hospital and Medical Center**

**CHW**

Diagnostic Radiology
350 West Thomas Road
Phoenix, Arizona 85013
(602) 406-3430; (602) 406-5088 (FAX)

Patient Location: **MRIS//**
MR#: **1360949**
Patient Name: **COOKE, RONALD**
Sex / D.O.B.: **Male / 2/26/76**
Billing Number: **81807380**
Attending Physician: **Alcott, Sally**
Discharge Date:

## Radiology

Accession Nbr: MR-06-0011732
Exam Date/Time: 5/26/06 9:30:00 PM
Procedure: MRI Knee Joint - Left
Ordering Physician: Alcott, Sally

**Reason for Exam:**
TBI CSPINE CONTUSION

**MR Read**
MRI OF THE LEFT KNEE: 05/26/06 at 2050 hours
HISTORY: Total body injury, knee pain.

**IMAGING PARAMETERS:** Multiplanar multiecho imaging of the left knee was performed. Correlation is made with radiographs dated 01/30/06 and outside films performed on 04/05/06.

**FINDINGS:** Radiographs demonstrate ossific density in the soft tissues medial to the knee compatible with myositis ossificans.

Signal in the marrow is unremarkable. Heterogeneous signal is seen in the soft tissues posteromedial to the medial femoral condyle corresponding to area of ossification noted radiographically. On sagittal conventional spin echo proton density sequence which is somewhat T1 weighted, there is evidence for zonal maturation with marrow signal centrally.

A tiny amount of fluid is present in the knee joint. The hyaline cartilage overlying the patella is unremarkable. A focus of increased signal is seen at the medial femoral condyle posteriorly. The anterior cruciate ligament is grossly intact. Thickened appearance in the mid portion may be the result of previous tear or partial tear with healing. The posterior cruciate ligament is abnormal and appears avulsed at the femoral attachment with small ossific densities in the region demonstrating marrow signal. On more T2 weighted image heterogeneous signal is seen in this region. Medial collateral ligament is irregularly thickened with wavy contour. I see no disruption. Likely findings are the result of previous tear or partial tear with healing. The lateral collateral ligamentous complex is grossly intact again, fibulocollateral ligament is somewhat thickened and irregularly particularly, near the femoral attachment. This may be result of previous tear or partial tear with healing. Quadriceps and patellar tendons are intact. At the posterior horn of the lateral meniscus there is obliquely oriented increased signal extending to the inferior articular surface compatible with horizontal cleavage tear. In the body at the junction with the anterior horn, this becomes more vertically oriented. There is a horizontal cleavage tear of the posterior horn of the medial meniscus extending to the inferior articular surface and blunting of the free edge anteriorly.
CC: N/A
N/A
N/A
N/A, N/A N/A

Page 1 of 2

WGW-ALCOTT-48

602 406 7140                                                      10:29:34 a.m.      06 08 2006        4/4

MR#:      1360949                      Patient Name:      COOKE, RONALD

---

### 𝘙 𝘢 𝘥 𝘪 𝘰 𝘭 𝘰 𝘨 𝘺

| Accession Nbr:<br>MR-06-0011732 | Exam Date/Time:<br>5/26/06 9:30:00 PM | Procedure:<br>MRI Knee Joint - Left | Ordering Physician:<br>Alcott, Sally |
| --- | --- | --- | --- |

## MR Report

1. Changes compatible with myositis ossificans involving the medial soft tissues of the knee.

2. Horizontal cleavage tear posterior horn lateral meniscus which is more vertically oriented at the body and junction with the anterior horn.

3. Horizontal cleavage tear posterior horn medial meniscus.

4. Avulsion posterior cruciate ligament with ossific densities seen at the ligament proximally.

5. Abnormal appearance anterior cruciate ligament, medial collateral ligament and fibulocollateral ligament likely the result of previously tear or partial tear with healing.

**PATIENT: COOKE, RONALD**

Dictated by: Pitt, MD, Amy - Radiologist
Attending: Pitt, MD, Amy - Radiologist
Signed by: Amy Pitt, MD - Radiologist

Dictated: 05/30/06 14:33        Transcribed: 05/30/06 15:21        Signed: 05/31/06 13:02        Trx: CFORD
                                          • • • F I N A L • • •      Electronically Signed

Page 2 of 2

WGW-ALCOTT-49




**St. Joseph's Hospital
and Medical Center**
**CHW**
Diagnostic Radiology
350 West Thomas Road
Phoenix, Arizona 85013
(602) 406-3430; (602) 406-5088 (FAX)

| | |
|---|---|
| Patient Location: | MRIS// |
| MR#: | 1360949 |
| Patient Name: | **COOKE, RONALD** |
| Sex / D.O.B.: | Male / 2/26/76 |
| Billing Number: | 81807380 |
| Attending Physician: | Alcott, Sally |
| Discharge Date: | |

---

## R a d i o l o g y

| | | | |
|---|---|---|---|
| Accession Nbr: | Exam Date/Time: | Procedure: | Ordering Physician: |
| MR-06-0011732 | 5/26/06 9:30:00 PM | **MRI Knee Joint - Left** | Alcott, Sally |

**Reason for Exam:**
TBI CSPINE CONTUSION

*CC to Dr Worthington*

**MR Read**
MRI OF THE LEFT KNEE: 05/26/06 at 2050 hours
HISTORY: Total body injury, knee pain.

IMAGING PARAMETERS: Multiplanar multiecho imaging of the left knee was performed. Correlation is made with radiographs dated 01/30/06 and outside films performed on 04/05/06.

FINDINGS: Radiographs demonstrate ossific density in the soft tissues medial to the knee compatible with myositis ossificans.

Signal in the marrow is unremarkable. Heterogeneous signal is seen in the soft tissues posteromedial to the medial femoral condyle corresponding to area of ossification noted radiographically. On sagittal conventional spin echo proton density sequence which is somewhat T1 weighted, there is evidence for zonal maturation with marrow signal centrally.

A tiny amount of fluid is present in the knee joint. The hyaline cartilage overlying the patella is unremarkable. A focus of increased signal is seen at the medial femoral condyle posteriorly. The anterior cruciate ligament is grossly intact. Thickened appearance in the mid portion may be the result of previous tear or partial tear with healing. The posterior cruciate ligament is abnormal and appears avulsed at the femoral attachment with small ossific densities in the region demonstrating marrow signal. On more T2 weighted image heterogeneous signal is seen in this region. Medial collateral ligament is irregularly thickened with wavy contour. I see no disruption. Likely findings are the result of previous tear or partial tear with healing. The lateral collateral ligamentous complex is grossly intact again, fibulocollateral ligament is somewhat thickened and irregularly particularly, near the femoral attachment. This may be result of previous tear or partial tear with healing. Quadriceps and patellar tendons are intact. At the posterior horn of the lateral meniscus there is obliquely oriented increased signal extending to the inferior articular surface compatible with horizontal cleavage tear. In the body at the junction with the anterior horn, this becomes more vertically oriented. There is a horizontal cleavage tear of the posterior horn of the medial meniscus extending to the inferior articular surface and blunting of the free edge anteriorly.

CC: Alcott, Sally
   114 W Thomas Road

   Phoenix, Arizona 85013

Page 1 of 2

WGW-ALCOTT-50

MR#:      1360949                    Patient Name:    COOKE, RONALD

| *Radiology* | | | |
|---|---|---|---|
| Accession Nbr:<br>MR-06-0011732 | Exam Date/Time:<br>5/26/06 9:30:00 PM | Procedure:<br>MRI Knee Joint - Left | Ordering Physician:<br>Alcott, Sally |

**MR Impression**

1. Changes compatible with myositis ossificans involving the medial soft tissues of the knee.

2. Horizontal cleavage tear posterior horn lateral meniscus which is more vertically oriented at the body and junction with the anterior horn.

3. Horizontal cleavage tear posterior horn medial meniscus.

4. Avulsion posterior cruciate ligament with ossific densities seen at the ligament proximally.

5. Abnormal appearance anterior cruciate ligament, medial collateral ligament and fibulocollateral ligament likely the result of previously tear or partial tear with healing.

PATIENT: COOKE, RONALD

Dictated by: Pitt, MD, Amy - Radiologist
Attending: Pitt, MD, Amy - Radiologist
Signed by: Amy Pitt, MD - Radiologist

Dictated: 05/30/06 14:33      Transcribed: 05/30/06 15:21      Signed: 05/31/06 13:02      Trx: CFORD
                          ***F I N A L***  Electronically Signed

Page 2 of 2

WGW-ALCOTT-51



**St. Joseph's Hospital
and Medical Center**

**CHW**

Diagnostic Radiology
350 West Thomas Road
Phoenix, Arizona 85013
(602) 406-3430; (602) 406-5088 (FAX)

| | |
|---|---|
| Patient Location: | 1RHB/1S02/02 |
| MR#: | 1360949 |
| Patient Name: | **COOKE, RONALD** |
| Sex / D.O.B.: | Male / 2/26/76 |
| Billing Number: | 81244139 |
| Attending Physician: | Alcott, Sally |
| Discharge Date: | 3/8/06 |



*R a d i o l o g y*

| | | | |
|---|---|---|---|
| Accession Nbr:<br>DX-06-0028435 | Exam Date/Time:<br>3/6/06 3:50:00 PM | Procedure:<br>DX Ankle 2V - Left | Ordering Physician:<br>Alcott, Sally |

**Reason for Exam:**
FRACTURE

**DX Read**

LEFT ANKLE RADIOGRAPH TWO VIEW ONLY
COMPARISON: No prior comparison studies were available.
INDICATION: Fracture.

FINDINGS: Two views of the left ankle are limited. No large joint effusion is seen. There is a well corticated ossific density in the soft tissues anterior to the joint but appear similar to a prior comparison examination dated 12/05. Ankle mortise alignment is grossly similar although this examination is limited as two projections only are provided. A three view ankle exam with dedicated mortise view should be considered in the clinical setting of trauma.

There does appear to be some new soft tissue swelling over the lateral malleolus.

**DX Impression**

1. Limited two view ankle exam demonstrates no definite evidence for a fracture. Please refer to above discussion. A three view exam should be considered in a patient with this history. Recommend clinical correlation.

**PATIENT: COOKE, RONALD**

Dictated by: Carruthers, MD, Catherine - Radiologist
Attending: Carruthers, MD, Catherine - Radiologist
Signed by: Catherine Carruthers, MD - Radiologist

| | | | |
|---|---|---|---|
| Dictated: 03/07/06 14:25 | Transcribed: 03/07/06 14:50 | Signed: 03/08/06 10:31 | Trx: CFORD |
| | ***FINAL*** | Electronically Signed | |

CC: Alcott, Sally
    114 W Thomas Road

    Phoenix, Arizona 85013

WGW-ALCOTT-52



**St. Joseph's Hospital
and Medical Center

CHW**

Diagnostic Radiology
350 West Thomas Road
Phoenix, Arizona 85013
(602) 406-3430; (602) 406-5088 (FAX)

| | |
|---|---|
| Patient Location: | 1RHB/1S02/02 |
| MR#: | 1360949 |
| Patient Name: | COOKE, RONALD |
| Sex / D.O.B.: | Male / 2/26/76 |
| Billing Number: | 81244139 |
| Attending Physician: | Alcott, Sally |
| Discharge Date: | |

## *Radiology*

| Accession Nbr:<br>DX-06-0027366 | Exam Date/Time:<br>3/3/06 1:35:00 PM | Procedure:<br>DX Knee 1-2V - Right | Ordering Physician:<br>Alcott, Sally |
|---|---|---|---|

**Reason for Exam:**
PAIN AT RIGHT KNEE

**DX Read**
RIGHT KNEE
CLINICAL HISTORY:  Right knee pain; traumatic brain injury.

TECHNIQUE:  Exam includes AP and lateral views of the right knee.  No prior imaging of the right knee for comparison.

FINDINGS:  There is no acute fracture, dislocation, or joint effusion of the right knee.  No significant degenerative changes.  No bony abnormality.

**DX Impression**
1.  Negative right knee.

PATIENT: COOKE, RONALD

Dictated by: Sauer, DO, Ronald F - Radiologist
Attending: Sauer, DO, Ronald F - Radiologist
Signed by: Ronald F. Sauer, DO - Radiologist

Dictated: 03/04/06 11:08        Transcribed: 03/04/06 12:02        Signed: 03/04/06 12:21        Trx: MUNKEFER
                                          ***FINAL***   Electronically Signed

CC:  Alcott, Sally
      114 W Thomas Road

      Phoenix, Arizona  85013

WGW-ALCOTT-53

 **St. Joseph's Hospital and Medical Center**
**CHW**

Diagnostic Radiology
350 West Thomas Road
Phoenix, Arizona 85013
(602) 406-3430; (602) 406-5088 (FAX)

| | |
|---|---|
| Patient Location: | 1RHB/1S02/02 |
| MR#: | 1360949 |
| Patient Name: | COOKE, RONALD |
| Sex / D.O.B.: | Male / 2/26/76 |
| Billing Number: | 81244139 |
| Attending Physician: | Alcott, Sally |
| Discharge Date: | |

## *R a d i o l o g y*

| Accession Nbr:<br>DX-06-0026297 | Exam Date/Time:<br>3/1/06 8:02:00 PM | Procedure:<br>DX Elbow 2V - Left | Ordering Physician:<br>Alcott, Sally |
|---|---|---|---|

**Reason for Exam:**
HETEROTOPIC OSS

**DX Read**

LEFT ELBOW, TWO-VIEWS, AP AND LATERAL: 03/01/06 - 1500 HOURS
REASON: Trauma
COMPARISON: None

FINDINGS: There is a 3-mm olecranon spur. No fractures or dislocations are present, and there is no joint effusion.

**DX Impression**

1. A 3-mm olecranon spur, otherwise negative.

**PATIENT: COOKE, RONALD**

Dictated by: Erdahl, MD, Bruce - Radiologist
Attending: Erdahl, MD, Bruce - Radiologist
Signed by: Bruce Erdahl, MD - Radiologist

| Dictated: 03/02/06 12:36 | Transcribed: 03/02/06 16:58 | Signed: 03/03/06 13:32 | Trx: VJOHNSON |
|---|---|---|---|
| | ***FINAL*** | Electronically Signed | |

CC: Alcott, Sally
    114 W Thomas Road

    Phoenix, Arizona 85013

Page 1 of 1

WGW-ALCOTT-54



**St. Joseph's Hospital
and Medical Center**

**CHW**

Diagnostic Radiology
350 West Thomas Road
Phoenix, Arizona 85013
(602) 406-3430; (602) 406-5088 (FAX)

Patient Location: 1RHB/1S02/02
MR#: 1360949
Patient Name: COOKE, RONALD
Sex / D.O.B.: Male / 2/26/76
Billing Number: 81244139
Attending Physician: Alcott, Sally
Discharge Date:

## *R a d i o l o g y*

| Accession Nbr: | Exam Date/Time: | Procedure: | Ordering Physician: |
|---|---|---|---|
| DX-06-0026569 | 3/1/06 8:15:00 PM | DX Shoulder Comp Min 2V - Left | Alcott, Sally |

**Reason for Exam:**
INJURY OR HETEROTROPIC OSS

**DX Read**
LEFT SHOULDER, TWO VIEWS: 3/1/06.
REASON FOR EXAM: Injury.

FINDINGS: A 2.0-mm osseous fragment, caudal to the glenoid, may represent a rim or spur fracture off the glenoid. There is slight decrease in the acromiohumeral space and mild early erosion of the inferior acromion. No other fractures are identified.

**DX Impression**
1. Apparent fracture, inferior glenoid, displaced 5.0 mm.

2. Arthritis of the acromiohumeral space.

**PATIENT: COOKE, RONALD**

Dictated by: Erdahl, MD, Bruce - Radiologist
Attending: Erdahl, MD, Bruce - Radiologist
Signed by: Bruce Erdahl, MD - Radiologist

Dictated: 03/02/06 12:34     Transcribed: 03/02/06 16:59     Signed: 03/03/06 13:32     Trx: SSOLE
***F I N A L***     Electronically Signed

CC: Alcott, Sally
114 W Thomas Road

Phoenix, Arizona 85013

Page 1 of 1

WGW-ALCOTT-55



**St. Joseph's Hospital
and Medical Center
CHW**

Diagnostic Radiology
350 West Thomas Road
Phoenix, Arizona 85013
(602) 406-3430; (602) 406-5088 (FAX)

| | |
|---|---|
| Patient Location: | IRHB/1S20/02 |
| MR#: | 1360949 |
| Patient Name: | COOKE, RONALD |
| Sex / D.O.B.: | Male / 2/26/76 |
| Billing Number: | 81244139 |
| Attending Physician: | Alcott, Sally |
| Discharge Date: | |

## Radiology

| Accession Nbr: | Exam Date/Time: | Procedure: | Ordering Physician: |
|---|---|---|---|
| CT-06-0006908 | 2/14/06 6:30:00 PM | CT Lower Extremity w/o Contr - Left | Alcott, Sally |

**Reason for Exam:**
EVALUATE MYOSITIS

**CT Read**
CT LOWER EXTREMITY WITHOUT CONTRAST, LEFT SIDE: 02/14/06, 1530
INDICATION: Traumatic brain injury, evaluate for myositis.
No comparisons available.

TECHNIQUE: 2.5 mm axial noncontrast images of the knee were obtained, as well as sagittal and coronal reformats.

FINDINGS: There is extensive soft tissue edema about the knee. There is a moderate suprapatellar effusion. No obvious fractures or subluxations are demonstrated. There is focal osteopenia in the subarticular component of the medial tibial plateau. Focal osteopenia is noted in the lateral compartment of the tibia and femur as well.

There are heavy calcific densities coursing along the medial ligamentous complex of the knee, some in the expected course of the medial collateral ligament. Calcific densities are noted within the intercondylar notch of the femur without definite donor site. There is a focal soft tissue density posterior to the medial femoral condyle with a density of approximately 68 Hounsfield Units.

**CT Impression**
1. No definite fractures or subluxations. Areas of focal osteopenia in the medial and lateral compartments of the tibia and femur may be posttraumatic in nature.

2. Heavy calcific deposits in the region of the medial ligamentous complex. These may represent foci of myositis ossificans. Dystrophic calcifications related to medial collateral ligament disruption (Pellegrini-Stieda) are a consideration.

CC: Alcott, Sally
114 W Thomas Road

Phoenix, Arizona 85013

WGW-ALCOTT-56

MR#:     1360949                          Patient Name:     COOKE, RONALD

---

# *R a d i o l o g y*

| Accession Nbr: | Exam Date/Time: | Procedure: | Ordering Physician: |
|---|---|---|---|
| CT-06-0006908 | 2/14/06 6:30:00 PM | CT Lower Extremity w/o Contr - Left | Alcott, Sally |

3. Focal soft tissue density posterior to the medial femoral condyle. Its appearance is not compatible with simple fluid within the joint space, and an evolving hematoma is a diagnostic consideration. Infection would be difficult to entirely exclude. Clinical correlation necessary.

4. Small-to-moderate joint effusion.

5. Multiple calcific densities within intercondylar notch without definite donor site. These may represents areas of dystrophic calcification, likely posttraumatic in nature.

**PATIENT: COOKE, RONALD**

THE ATTENDING RADIOLOGIST HAS PERSONALLY REVIEWED THIS EXAMINATION.
Dictated by: Dehkharghani, M.D., Seena - Radiology Resident          Dehkharghani, M.D., Seena - Radiology Resident
Attending: Blas, MD, Louis - Radiologist
Signed by: Louis Blas, MD - Radiologist

Dictated: 02/15/06 18:06       Transcribed: 02/15/06 18:38       Signed: 02/17/06 07:07       Trx: BMORRIS
                                    ***F I N A L***   Electronically Signed

WGW-ALCOTT-57



**St. Joseph's Hospital
and Medical Center
CHW**

Diagnostic Radiology
350 West Thomas Road
Phoenix, Arizona 85013
(602) 406-3430; (602) 406-5088 (FAX)

| | |
|---|---|
| Patient Location: | 1RHB/1S20/02 |
| MR#: | 1360949 |
| Patient Name: | COOKE, RONALD |
| Sex / D.O.B.: | Male / 2/26/76 |
| Billing Number: | 81244139 |
| Attending Physician: | Alcott, Sally |
| Discharge Date: | |

## Radiology

| Accession Nbr:<br>CT-06-0007048 | Exam Date/Time:<br>2/15/06 10:00:00 PM | Procedure:<br>CT Head/Brain w/o Contrast | Ordering Physician:<br>Alcott, Sally |
|---|---|---|---|

**Reason for Exam:**
HYDROCEPH

**CT Read**
CT BRAIN
COMPARISON: 12/19/05 MRI.
INDICATION: A 29-year-old male with traumatic brain injury, hydrocephalus.

TECHNIQUE: Contiguous noncontrast axial images were obtained from the skull base to the vertex using 5-mm collimation.

FINDINGS: Stable foci of encephalomalacia are present within the right frontal and right temporal lobes. No evidence for acute cortical infarcts or intracranial hemorrhage. Previously described posterior subdural blood collections are either below the resolution of the study or have resolved in the interval. The ventricles and cisterns are stable in size. There is partial opacification of the left mastoid air cells and minimal mucosal thickening in the sphenoid sinuses. The orbits and right mastoid air cells are unremarkable.

**CT Impression**

1. Encephalomalacia in the right frontal and right temporal lobe compatible with post-traumatic changes as demonstrated on previous MRI. No new areas of hemorrhage, edema or mass effect were seen.

2. Mild opacification of the left mastoid air cells and sphenoid sinuses.

3. Thin subdural hemorrhage in the parieto-occipital regions as seen on previous MRI are either below the resolution of the study or have resolved in the interval.

CC: Alcott, Sally
114 W Thomas Road

Phoenix, Arizona 85013

WGW-ALCOTT-58

MR#:     1360949                          Patient Name:     COOKE, RONALD

---

### *R a d i o l o g y*

| Accession Nbr: | Exam Date/Time: | Procedure: | Ordering Physician: |
|---|---|---|---|
| CT-06-0007048 | 2/15/06 10:00:00 PM | CT Head/Brain w/o Contrast | Alcott, Sally |

PATIENT: COOKE, RONALD


THE ATTENDING RADIOLOGIST HAS PERSONALLY REVIEWED THIS EXAMINATION.
Dictated by: Contreras, MD, Jaime - Neuroradiology Fellow          Contreras, MD, Jaime - Neuroradiology Fellow
Attending: Prenger, D.O., Erin - Neuroradiologist
Signed by: Erin Prenger, D.O. - Neuroradiologist

Dictated: 02/16/06 15:15        Transcribed: 02/16/06 16:24        Signed: 02/27/06 09:05        Trx: VJOHNSON
                                   ***FINAL***        Electronically Signed


Page 2 of 2



**St. Joseph's Hospital and Medical Center**

✚ **CHW**

Diagnostic Radiology
350 West Thomas Road
Phoenix, Arizona 85013
(602) 406-3430; (602) 406-5088 (FAX)

Patient Location: 1RHB/1S20/02
MR#: 1360949
Patient Name: COOKE, RONALD
Sex / D.O.B.: Male / 2/26/76
Billing Number: 81244139
Attending Physician: Alcott, Sally
Discharge Date:

*Knee CT*

---

*B a d i o l o g y*

---

| Accession Nbr:<br>DX-06-0013052 | Exam Date/Time:<br>1/30/06 5:30:00 PM | Procedure:<br>DX Knee 1-2V - Left | Ordering Physician:<br>Alcott, Sally |
|---|---|---|---|

**Reason for Exam:**
LEFT KNEE

**DX Read**
TWO VIEW LEFT KNEE: 01/30/06, 1714
HISTORY: Possible fracture.
COMPARISON: There are no prior studies for comparison.

TECHNIQUE: Oblique views of both knees were obtained and demonstrate no definite for fracture or other acute bony abnormality. Suspect soft tissue swelling at the lateral aspect of the knee. Evaluation for knee effusion and extensor mechanism is limited due to projection. At the medial aspect of the knee there is an oval shaped area of ossification which in the setting of previous trauma likely represents area of myositis ossificans. This measures approximately 2.1 x 6.5 cm.

**DX Impression**
1. Limited assessment of the knee due to projection.

2. Ossification medial soft tissue likely represents myositis ossificans. Can perform knee CT to further characterize and confirm presence of zonal maturation. In addition, can better evaluate osseous structures.

**PATIENT: COOKE, RONALD**

Dictated by Amy Pitt, MD - Radiologist
Signed by Amy Pitt, MD - Radiologist               ***Electronically Signed***

Dictated: 02/07/06 08:27          Transcribed: 02/07/06 08:52     Signed: 02/08/06 12:49       Trx: DDUPRE2
                                    ***FINAL***

CC: Alcott, Sally
      114 W Thomas Road

     Phoenix, Arizona  85013

WGW-ALCOTT-60