Jeffrey C. Matura, State Bar No. 019893
Asha Sebastian, State Bar No. 028250
**Graif Barrett & Matura, P.C.**
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
Telephone: (602) 792-5700
Facsimile: (602) 792-5710
jmatura@gbmlawpc.com
asebastian@gbmlawpc.com

Attorneys for Defendant Town of Colorado City

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| RONALD COOKE and JINJER COOKE, husband and wife,<br><br>Plaintiffs,<br><br>THE STATE OF ARIZONA ex rel. TERRY GODDARD, the Attorney General; and THE CIVIL RIGHTS DIVISION OF THE ARIZONA DEPARTMENT OF LAW,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>TOWN OF COLORADO CITY, ARIZONA, et. al.,<br><br>Defendants. | No. 3:10-cv-08105-JAT<br><br>**DEFENDANT TOWN OF COLORADO CITY'S MOTION IN LIMINE NO. 1:**<br><br>**TO PRECLUDE EVIDENCE AND ARGUMENTS REGARDING WARREN JEFFS, INCLUDING HIS NAME, DICTATIONS, SERMON, AND CORRESPONDENCE**<br><br>**(ORAL ARGUMENT REQUESTED)** |

Pursuant to Federal Evidence Rules 402, 403, and 802, Colorado City moves to preclude Ronald and Jinjer Cooke and the State of Arizona from referring to, or attempting to enter any evidence regarding, Warren Jeffs, including, but not limited to, his name, dictations, sermon, and correspondence. No evidence exists to show any connection between Warren Jeffs, the Cookes, the State of Arizona's pattern or practice witnesses, Colorado City's water policy, or any other fact at issue here. Yet, due to his public trial and recent conviction for crimes against children, any mention of Warren Jeffs would unfairly prejudice Colorado City. The documentary evidence is also inadmissible hearsay.

## I. FACTUAL BACKGROUND.

The FLDS Church created the UEP Trust to hold and own real property located within Colorado City and Hildale City. In 2002, Warren Jeffs became the leader of the FLDS Church and a Trustee of the UEP Trust. In 2006 – two years <u>before</u> the Cookes moved back to Colorado City – a Utah Probate Court removed the Trustees, including Warren Jeffs, and appointed Bruce Wisan as the Special Fiduciary.

When the Cookes applied for housing and water utilities in 2008, Warren Jeffs had no involvement with the UEP Trust. In fact, he was arrested in 2006 and held in confinement until his conviction in 2011. No evidence exists that Warren Jeffs played any role in Colorado City's development of its water policy in 2007, nor does any evidence exist that Warren Jeffs was involved in Colorado City or its governance regarding enforcement of the water policy, its treatment of the Cookes, or any other matter at issue in this case. Other than being a highly polarizing figure and a leader of the FLDS Church, Warren Jeffs has no involvement in this case.

The Cookes and the State have identified numerous documents related to Warren Jeffs that they intend to use at trial. These include Warren Jeffs' dictations to the FLDS Church from 2004 to 2006,[1] a sermon from 2000,[2] and correspondence entitled "A Warning to the Nation" submitted to the President of the United States.[3] None of these documents have any relation to the Cookes' or the State of Arizona's claims against Colorado City.

## II. ANY REFERENCE TO "WARREN JEFFS" IS IRRELEVANT, UNFAIRLY PREJUDICIAL, AND WOULD CONFUSE THE ISSUES.

Under Federal Evidence Rule 401, "relevant evidence" is evidence that has "any tendency to make a fact more or less probable than it would be without the evidence; and the fact is of consequence in determining the action." Irrelevant evidence is inadmissible,

---

[1] See Dictations, attached as Exhibit 1.
[2] See Sermon, attached as Exhibit 2.
[3] See Correspondence, attached as Exhibit 3.

as is relevant evidence if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury.[4]

Warren Jeffs and the FLDS are not parties. When the Cookes moved to Colorado City in 2008, Warren Jeffs did not live in Colorado City and was not a Trustee of the UEP Trust; rather, he was in custody awaiting trial. No evidence exists that Warren Jeffs spoke to or knew the Cookes. No evidence exists that Warren Jeffs participated in the Cookes' occupancy of the subject property. No evidence exists that Warren Jeffs was a member of the Colorado City Town Council, the utility department, or any other municipal body. No evidence exists that Warren Jeffs had any involvement in Colorado City's decision to provide utilities to its residents or the development of its water policy in 2007. And no evidence exists that Warren Jeffs knew about the Cookes' efforts to obtain a new service culinary water connection. The Cookes and the State of Arizona want to refer to Warren Jeffs because he is a highly polarizing figure, but no evidence exists that he made any decisions regarding the Cookes or that anyone from Colorado City took any action contrary to the water policy because of Warren Jeffs. Any evidence regarding Warren Jeffs would therefore be irrelevant because it does not make the existence of any fact of consequence more or less probable than it would be without the evidence.

Any reference to "Warren Jeffs" is also unfairly prejudicial to Colorado City. The media (including CNN, NBC, ABC, local Channel 3, the Arizona Republic, etc.) has prominently and negatively featured Warren Jeffs, his trial, and his subsequent conviction for sexual assault involving children. Warren Jeffs' actions have been widely discussed and criticized, and the mere mention of his name would likely have a polarizing effect on the jury and create a negative inference against Colorado City. To allow any reference to his name would therefore unfairly prejudice Colorado City and confuse the issues because Warren Jeffs has nothing to do with the Cookes. A substantial likelihood also exists that the jury would give strong weight to the negative publicity surrounding Warren Jeffs and find Colorado City liable by mere association rather than actual evidence.

---

[4] See Fed. R. Evid. 402, 403.

Under Federal Evidence Rules 402 and 403, this Court should preclude any reference to "Warren Jeffs." The Cookes and the State of Arizona can still refer to the "UEP Trust," its "Trustees," the "leaders," the "Prophet" and "Bishop" of the FLDS Church, etc., including whether any witness followed the direction of the Prophet or Bishop, for example, to the detriment of the Cookes. But any reference to "Warren Jeffs" is improper.

### III. WARREN JEFFS' DICTATIONS, SERMON, AND CORRESPONDENCE ARE IRRELEVANT, UNDULY PREJUDICIAL, AND INADMISSIBLE HEARSAY.

The Cookes and the State of Arizona also intend to try and introduce into evidence Warren Jeffs' dictations, sermon, and correspondence. This evidence is inadmissible under Federal Evidence Rules 402, 403, and 802.

The Cookes and the State of Arizona seek to introduce numerous dictations allegedly from Warren Jeffs.[5] No evidence exists regarding who wrote these sermons. None reference the Cookes, Colorado City's water policy, or any other fact at issue here.[6] And no evidence exists that anyone from Colorado City heard these sermons or relied upon them to take any action regarding the Cookes or anyone else. The sermons are therefore irrelevant, unfairly prejudicial, and inadmissible hearsay.

The Cookes and the State of Arizona also seek to introduce a sermon that Warren Jeffs allegedly gave to members of the FLDS Church.[7] The sermon is from July 16, 2000, which is <u>six</u> years before the Utah Probate Court removed the Trustees of the UEP Trust and <u>eight</u> years before the Cookes moved back to Colorado City. The sermon does not mention the Cookes, does not mention Colorado City's water policy, does not mention the UEP Trust, and does not mention any other fact at issue in this case.[8] Similarly, no evidence exists that anyone from Colorado City or the utility departments relied upon this sermon to deny the Cookes' request for a water connection. The sermon is therefore

---

[5] See Dictations, attached as Exhibit 1.
[6] Id.
[7] See Sermon, attached as Exhibit 2.
[8] Id.

4

irrelevant and unfairly prejudicial. The sermon is also inadmissible hearsay because it is an out-of-court statement that does not fall within any hearsay exclusion or exception. The Cookes and the State of Arizona could have deposed Warren Jeffs to lay the foundation, but they chose not to. The sermon therefore remains inadmissible hearsay.

Finally, the Cookes and the State of Arizona seek to introduce correspondence allegedly from Warren Jeffs and to the President of the United States.[9] The correspondence contains 118 separately numbered paragraphs, none of which reference the Cookes, Colorado City's water policy, the utility departments, the Cookes' request for a new service culinary water connection, or any other fact at issue in this case.[10] Rather, the correspondence requests that the government cease its attacks upon Warren Jeffs and take other action to free the members of the FLDS Church.[11] The correspondence bears the signatures of "Lyle S. Jeffs" and "Vaughan Taylor,"[12] but no evidence exists that these individuals actually signed the correspondence. The correspondence is therefore irrelevant, unfairly prejudicial, and inadmissible hearsay.

## IV. CONCLUSION.

This case is not about Warren Jeffs. Pursuant to Federal Evidence Rules 402, 403, and 802, Colorado City requests that this Court preclude any reference to, or evidence of, Warren Jeffs, including his name, dictations, sermon, and correspondence.

Dated this 7th day of May 2013.

                         GRAIF BARRETT & MATURA, P.C.

                         By /s/ Jeffrey C. Matura
                              Jeffrey C. Matura
                              Asha Sebastian
                              1850 North Central Avenue, Suite 500
                              Phoenix, Arizona 85004
                              Attorneys for Defendant Town of Colorado City

---

[9] See Correspondence, attached as Exhibit 3.
[10] Id.
[11] Id. at ¶¶ 3 – 8 of "A Petition to the President of the United States of America."
[12] Id. at p. 9.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of May 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

William G. Walker
William G. Walker, P.C.
177 North Church Ave., Suite 700
Tucson, Arizona 85701
Attorney for Plaintiffs and Defendants Ronald and Jinjer Cooke

Sandra R. Kane
David Weinzweig
Leslie A. Ross
Assistant Attorney General
1275 West Washington Street
Phoenix, Arizona 85007
Attorney for Plaintiff-Intervenor State of Arizona

Bill Richards
Bade Baskin & Richards
80 East Rio Salado Parkway, Suite 511
Tempe, Arizona 85281
Attorneys for Plaintiff-Intervenor State of Arizona

R. Blake Hamilton
Stirba, P.C.
215 South State Street, Suite 750
Salt Lake City, Utah 84110-0810
Attorneys for Defendants City of Hildale,
Hildale-Colorado City Utilities, Twin City
Water Authority and Twin City Power

/s/ Karen McElroy
4845-2563-0995