**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Cooke, et al., | No. CV-10-08105-PCT-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| Town of Colorado City, et al., | |
| Defendants. | |

The Court has considered the parties' post-verdict memoranda and briefing (Docs. 595, 596, 603, 604) and orders as follows:

**IT IS ORDERED** that Plaintiffs shall file, on or before May 16, 2014, a proposed form of judgment. Plaintiffs must include in their proposed form of judgment all relief requested in this case (including relief related to the jury's verdicts), as the Court will deem any relief not so included to be waived. The proposed form of judgment must be in the form of separately numbered paragraphs with no more than one finding, conclusion, or order per paragraph. Plaintiffs shall not include any arguments or citations to authorities in their proposed form of judgment. Any briefing or memoranda containing arguments must be limited to the reply.

**IT IS FURTHER ORDERED** that Defendants may file, on or before May 26, 2014, a response to Plaintiffs' proposed form of judgment. Defendants' response must contain separately numbered paragraphs corresponding to the numbered paragraphs in Plaintiffs' proposed form of judgment. Defendants shall, in each numbered paragraph, state whether they agree with or object to the corresponding paragraph in Plaintiffs'

proposed form of judgment. For each objection, Defendants may succinctly state the basis for their objection, which may include points of authorities and argument.

**IT IS FURTHER ORDERED** that Plaintiffs may file, within ten days after the filing of Defendants' response, a reply to Defendants' response containing such points of authorities and argument as they deem necessary.

**IT IS FURTHER ORDERED** that there will be no hearing on the proposed form of judgment unless as the Court may order on its own motion at a later date.

Dated this 6th day of May, 2014.

James A. Teilborg
Senior United States District Judge