**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Cooke, et al., | No. CV-10-08105-PCT-JAT |
| Plaintiffs, | **JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| Town of Colorado City, et al., | |
| Defendants. | |

**IT IS ORDERED AND ADJUDGED AS FOLLOWS:**

As stated in the Court's findings of fact and conclusions of law, the State of Arizona prevailed on its claims against Defendants Town of Colorado City, City of Hildale, Hildale-Colorado City Utilities, Twin City Water Authority, and Twin City Power. Accordingly:

1. Judgment is entered in favor of the State of Arizona and against the Town of Colorado City in the amount of $50,000 as a civil penalty on the State's claims under A.R.S. § 41-1491.14(B) and § 41-1491.18.

2. Judgment is entered in favor of the State of Arizona and against the City of Hildale in the amount of $50,000 as a civil penalty on the State's claims under A.R.S. § 41-1491.14(B) and § 41-1491.18.

3. Judgment is entered in favor of the State of Arizona and against Hildale-Colorado City Utilities in the amount of $50,000 as a civil penalty on the State's claims under A.R.S. § 41-1491.14(B) and § 41-1491.18.

4. Judgment is entered in favor of the State of Arizona and against Twin City

1  Water Authority in the amount of $50,000 as a civil penalty on the State's claims under
2  A.R.S. § 41-1491.14(B) and § 41-1491.18.

3      5.    Judgment is entered in favor of the State of Arizona and against Twin City Power in the amount of $50,000 as a civil penalty on the State's claims under A.R.S. § 41-1491.14(B) and § 41-1491.18.

6      6.    During the ten-year period beginning from the date of this Judgment, Defendants and their agents shall not (1) discriminate because of religion against any person in the terms, conditions, or privileges of the provision of services or facilities in connection with the sale or rental of a dwelling; or (2) coerce, intimidate, threaten, interfere with, or retaliate against any person in the enjoyment of his or her dwelling because of religion or because that person has asserted rights, or encouraged others to assert their rights, protected by the federal Fair Housing Act or the Arizona Fair Housing Act.

14      7.    Defendants and their agents shall not discriminate or retaliate against Ronald Cooke, Jinjer Cooke, the Cookes' children, or any witnesses who testified in the trial in this case because of (1) religion; (2) that person's involvement in this case; or (3) that person has asserted rights, or encouraged others to assert their rights, protected by the federal Fair Housing Act or the Arizona Fair Housing Act.

19      8.    This injunction shall remain in place for ten years from the date of this Judgment, and the Court shall retain jurisdiction to enforce it.

21  Dated this 4th day of September, 2014.

_____
James A. Teilborg
Senior United States District Judge