**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Cooke, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>Town of Colorado City, et al.,<br><br>          Defendants. | No. CV-10-08105-PCT-JAT<br><br>**AMENDED JUDGMENT AND PERMANENT INJUNCTION** |

This Amended Judgment and Permanent Injunction amends and supersedes the Judgment and Permanent Injunction previously filed at Doc. 703.

**IT IS ORDERED AND ADJUDGED AS FOLLOWS:**

As stated in the Court's findings of fact and conclusions of law, the State of Arizona prevailed on its claims against Defendants Town of Colorado City, City of Hildale, Hildale-Colorado City Utilities, Twin City Water Authority, and Twin City Power. Accordingly:

1.     Judgment is entered in favor of the State of Arizona and against the Town of Colorado City in the amount of $50,000 as a civil penalty on the State's claims under A.R.S. § 41-1491.14(B), § 41-1491.18, and § 41-1491.35(A)(1).

2.     Judgment is entered in favor of the State of Arizona and against the City of Hildale in the amount of $50,000 as a civil penalty on the State's claims under A.R.S. § 41-1491.14(B), § 41-1491.18, and § 41-1491.35(A)(1).

3.     Judgment is entered in favor of the State of Arizona and against Hildale-Colorado City Utilities in the amount of $50,000 as a civil penalty on the State's claims

1    under A.R.S. § 41-1491.14(B), § 41-1491.18, and § 41-1491.35(A)(1).

2         4.    Judgment is entered in favor of the State of Arizona and against Twin City

3    Water Authority in the amount of $50,000 as a civil penalty on the State's claims under

4    A.R.S. § 41-1491.14(B), § 41-1491.18, and § 41-1491.35(A)(1).

5         5.    Judgment is entered in favor of the State of Arizona and against Twin City

6    Power in the amount of $50,000 as a civil penalty on the State's claims under A.R.S. §

7    41-1491.14(B), § 41-1491.18, and § 41-1491.35(A)(1).

8         6.    Defendants shall provide culinary water and all other available municipal

9    utilities to the following persons and properties within thirty days of receiving a utility

10   application and payment or agreement on a payment plan for utility fees from the

11   respective person: (1) John Cook, for the property located at 960 N. Elm St., Hildale,

12   Utah; and (2) Patrick Barlow, for the unfinished home located at 165 W. Cooke Ave.,

13   Colorado City, Arizona. Defendants shall construct new lateral water lines if necessary to

14   provide culinary water service to these persons. Defendants shall not charge these

15   persons rates higher than Defendants have charged other utility customers for similar new

16   connections, similar utility service, or new construction of lateral water lines.

17        7.    During the ten-year period beginning from the date of this Judgment,

18   Defendants and their agents shall not (1) discriminate because of religion against any

19   person in the terms, conditions, or privileges of the provision of services or facilities in

20   connection with the sale or rental of a dwelling; or (2) coerce, intimidate, threaten,

21   interfere with, or retaliate against any person in the enjoyment of his or her dwelling

22   because of religion or because that person has asserted rights, or encouraged others to

23   assert their rights, protected by the federal Fair Housing Act or the Arizona Fair Housing

24   Act.

25        8.    Defendants and their agents shall not discriminate or retaliate against

26   Ronald Cooke, Jinjer Cooke, the Cookes' children, or any witnesses who testified in the

27   trial in this case because of (1) religion; (2) that person's involvement in this case; or (3)

28   that person has asserted rights, or encouraged others to assert their rights, protected by the

1    federal Fair Housing Act or the Arizona Fair Housing Act.

2        9.    This injunction shall remain in place for ten years from the date of this

3    Judgment, and the Court shall retain jurisdiction to enforce it.

4        Dated this 25th day of November, 2014.

5

6

7

8                                        James A. Teilborg
                                    Senior United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28