**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Cooke, et al., | No. CV-10-08105-PCT-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| Town of Colorado City, et al., | |
| Defendants. | |

The Court notes that Plaintiff State of Arizona has filed a "Notice of Filing Form of Judgment" (Doc. 736). Because this filing is not a motion, the Court will not take any action on it.

Moreover, the Court notes that under Federal Rule of Civil Procedure ("Rule") 58(a)(3), a judgment for an award of attorneys' fees is not required to be entered in a separate document. *See* Fed. R. Civ. P. 58(a)(3). The State of Arizona is not entitled to the entry of judgment in a separate document for the Court's award of attorneys' fees (Doc. 726). The Court has previously declined such a request. *See United States v. Business Recovery Servs., LLC*, 2012 WL 3064253 (D. Ariz. July 26, 2012). The State of Arizona has not shown that a separate document is necessary for the execution of the judgment.

/
/
/

1  /

2          Dated this 1st day of September, 2015.

*James A. Teilborg*
Senior United States District Judge